CHASER Pre Extracted Civil Docket as of August 29, 2002 8:18 pm
ECF

# U.S. District Court

New York Eastern (Brooklyn)
CIVIL DOCKET FOR CASE #: 1:99cv07037-

| | |
|---|---|
| National Association, et al v. Acusport Corporation, et al | Filed: 10/29/99 |
| Assigned to: Judge Jack B. Weinstein | Jury demand: Defendant |
| Referred to: Magistrate Cheryl L. Pollak | |
| Demand: $0,000 | Nature of Suit: 360 |
| Lead Docket: None | Jurisdiction: Diversity |
| Dkt # in EDNY : is 95cv49 | |
| Dkt # in EDNY : is 99cv3999 | |
| Cause: 28:1332 Diversity-Personal Injury | |

| * Parties * | * Attorneys * |
|---|---|
| **NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE** <br> plaintiff | **Denise M. Dunleavy** <br> [COR LD NTC] <br> Weitz & Luxenberg, P.C. <br> 180 Maiden Lane <br> 40th Floor <br> New York, NY 10038 <br> (212) 558-5500 |
| | **Monica Anne Connell** <br> [COR LD NTC] <br> McHugh & Barnes PC <br> 20 Exchange Place <br> New York, NY 11215 <br> 212-483-0875 |
| | **Elisa Barnes** <br> [COR LD NTC] <br> 111 Broadway <br> 4th Floor <br> New York, NY 10006 <br> (212) 693-2334 |
| **NATIONAL SPINAL CORD INJURY ASSOCIATION** <br> plaintiff <br> [term 10/19/01] | **Denise M. Dunleavy** <br> [term 10/19/01] <br> (See above) <br> [COR LD NTC] |
| | **Elisa Barnes** <br> [term 10/19/01] <br> (FAX) 212-693-2334 <br> [COR LD NTC] <br> Law Office of Elisa Barnes <br> 111 Broadway <br> 4th Floor <br> New York, NY 10006 |
| | **(212) 693-2330** |

Case 1:99-cv-07037-JBW-CLP    Document 263    Filed 08/29/01    Page 2 of 42 PageID #: 12

|  |  |
|---|---|
| **v.** |  |
| **ACUSPORT CORPORATION**<br>defendant | **David R. Gross**<br>[COR LD NTC]<br>Budd, Larner, Gross, Rosenbaum,<br>Greenberg, & Sade, P.C.<br>150 John F. Kennedy Parkway<br>Short Hills, NJ 07078<br>(201) 379-4800 |
|  | **Christopher M. Chiafullo**<br>[COR LD NTC]<br>Budd Larner<br>150 JFK Parkway # CN1000<br>Shorthills, NJ 07078<br>973-379-4800 |
| **ELLETT BROTHERS, INC**<br>defendant | **David R. Gross**<br>(See above)<br>[COR LD NTC] |
| **RSR MANAGEMENT COMPANY**<br>defendant | **David R. Gross**<br>(See above)<br>[COR LD NTC] |
|  | **Pamela Betlow**<br>[COR LD NTC]<br>Budd Larner, Gross, Rosenbaum,<br>Greenberg & Sade<br>150 John F. Kennedy Parkway<br>Short Hills, NJ 07078<br>973-379-4800 |
| **RSR GROUP, INC., individually**<br>and on behalf of other<br>similarly situated entities<br>defendant | **David R. Gross**<br>(See above)<br>[COR LD NTC]<br>Pamela Betlow<br>(See above)<br>[COR LD NTC] |
| **HILL COUNTRY WHOLESALE, INC.**<br>defendant | **David R. Gross**<br>(See above)<br>[COR LD NTC] |
| **INTERSTATE ARMS CORP**<br>defendant | **David R. Gross**<br>(See above)<br>[COR LD NTC] |
| **JERRY'S SPORTS CENTER**<br>defendant | **James P. Tenney**<br>[COR LD NTC]<br>Leahey & Johnson, P.C.<br>120 Wall Street<br>Suite 2220<br>New York, NY 10005<br>(212) 269-7308 |
|  | **Mark Taustine, Esq.**<br>[COR LD NTC]<br>Leahey & Johnson, P.C.<br>120 Wall Street<br>New York, NY 10005<br>(212) 269-7308-9 |
| **NORTH EAST, INC.**<br>defendant | **Mark Taustine, Esq.**<br>(See above) |

| | [COR LD NTC] |
|---|---|
| **JERRY'S SPORTS, INC. D/B/A**<br>JERRY'S SPORTS CENTER, INC.<br>defendant | **James P. Tenney**<br>(See above)<br>[COR LD NTC] |
| | **Mark Taustine, Esq.**<br>(See above)<br>[COR LD NTC] |
| **KIESLER POLICE SUPPL**<br>defendant | **David R. Gross**<br>(See above)<br>[COR LD NTC] |
| **L.M. BURNEY, INC.**<br>defendant | **David R. Gross**<br>(See above)<br>[COR LD NTC] |
| **LAWMEN'S SAFETY SUPPLY, INC.**<br>defendant<br>[term 12/28/01] | |
| **LEW HORTON DISTRIBUTING CO.**<br>defendant | **David R. Gross**<br>(See above)<br>[COR LD NTC] |
| **LIPSEY'S, INC.**<br>defendant | **David R. Gross**<br>(See above)<br>[COR LD NTC] |
| **MCGEE'S, INC.**<br>defendant<br>[term 05/28/02] | **David R. Gross**<br>[term 05/28/02]<br>(See above)<br>[COR LD NTC] |
| **MOUNTAIN STATE SPORTING GOODS, INC.**<br>defendant | |
| **NATIONAL RECREATIONAL SHOOTING**<br>SPORTS SUPPLY CO. D/B/A<br>ASHLAND SHOOTING SUPPLU, INC.<br>defendant | |
| **NATIONWIDE SPORTS DISTRIBUTORS**<br>defendant | |
| **OUTDOOR SPORTS HEADQUARTERS, INC.**<br>defendant | **Mark Taustine, Esq.**<br>(See above)<br>[COR LD NTC] |
| **RILEY'S, INC.**<br>defendant | **David G. Tobias, Esq.**<br>[COR LD NTC]<br>Saviano & Tobias, P.C.<br>9 East 40th Street<br>15th Floor<br>New York, NY 10016<br>(212) 532-7650 |
| | **Richard J. Leamy, Jr., Esq.**<br>[COR LD NTC]<br>Wiedner & McAuliffe, LTD.<br>One North Franklin Street<br>Suite 1900<br>Chicago, IL 60606<br>(312) 855-1105 |

| | |
|---|---|
| **RON SHIRK'S SHOOTER'S SUPPLIES, INC.**<br>defendant | **David R. Gross**<br>(See above)<br>[COR LD NTC] |
| **SG DISTRIBUTING**<br>defendant | **David R. Gross**<br>(See above)<br>[COR LD NTC] |
| **SCOTT WHOLESALE CO., INC.**<br>defendant | |
| **SCOTT'S, INC.**<br>defendant | |
| **SIMMON'S GUN SPECIALTIES, INC.**<br>defendant | **Mark Taustine, Esq.**<br>(See above)<br>[COR LD NTC] |
| **SOUTHERN OHIO GUN, INC.**<br>defendant | **David R. Gross**<br>(See above)<br>[COR LD NTC] |
| **SPORTS SOUTH, INC.**<br>defendant | **Joanne M. Gray**<br>[term 01/28/02]<br>[COR LD NTC]<br>Schneck, Weltman, Hashmall &<br>Mischel<br>1285 Avenue of the Americas<br>New York, NY 10019<br>(212) 956-1500 |
| | **Christopher M. Chiafullo**<br>(See above)<br>[COR LD NTC] |
| **SPORT'S, INC.**<br>defendant<br>[term 06/28/02] | **David R. Gross**<br>[term 06/28/02]<br>(See above)<br>[COR LD NTC] |
| **THE SPORTSMEN'S GUIDE, INC.**<br>defendant<br>[term 06/28/02] | **Anthony Michael Pisciotti**<br>[term 06/28/02]<br>[COR LD NTC]<br>Renzulli & Rutherford, LLP<br>300 East 42nd Street<br>18th Floor<br>New York, NY 10017-5947<br>(212) 599-5533 |
| **VALOR CORP.** | **David R. Gross** |
| **defendant** | **(See above)**<br>[COR LD NTC] |
| **WALTER CRAIG, INC.**<br>defendant | **David R. Gross**<br>(See above)<br>[COR LD NTC] |
| **WHAREHOUSE 610**<br>defendant | **Brian Andrew Bender**<br>(FAX) 646-562-0059<br>[COR LD NTC]<br>Harris Beach LLP<br>500 Fifth Avenue<br>New York, NY 10110<br>212-539-9601 x6674 |
| | |

| | |
|---|---|
| **WILLIAMS SHOOTERS SUPPLY**<br>defendant | **David R. Gross**<br>(See above)<br>[COR LD NTC] |
| **WORLDWIDE SPORTS NETWORK**<br>defendant<br>[term 05/28/02] | **David R. Gross**<br>[term 05/28/02]<br>(See above)<br>[COR LD NTC] |
| **ALAMO LEATHER GOODS, INC.**<br>defendant | |
| **ALL-SPORTS, LLC**<br>defendant | **Charles E. Bachman**<br>FAX (212) 326-2061<br>[COR LD NTC]<br>O'Melveny & Myers LLP<br>Citigroup Center<br>153 East 53rd Street<br>54th Floor<br>New York, NY 10022<br>(212) 326-2000 |
| **APPLE BOY NANCY SHOOTING**<br>SUPPLY, INC. D/B/A ABN<br>SHOOTING SPORTS SUPPLY, INC.<br>defendant | |
| **BANGERS. L.P.** | **David R. Gross** |
| **defendant** | **[COR LD NTC]**<br>Budd, Larner, Gross, Rosenbaum,<br>Greenberg, & Sade, P.C.<br>150 John F. Kennedy Parkway<br>Short Hills, NJ 07078<br>(201) 379-4800 |
| **BILL HICK'S AND COMPANY, LTD.**<br>defendant | **David R. Gross**<br>[term 06/17/02]<br>(See above)<br>[COR LD NTC] |
| | **Andrew M. Luger**<br>[term 06/17/02]<br>Fax (612) 373-0929<br>[COR LD NTC]<br>Greene Espel<br>333 South 7th Street<br>Suite 1700<br>Minneapolis, MN 55402<br>(612) 373-0830 |
| | **Christopher M. Chiafullo**<br>[COR LD NTC]<br>Budd Larner<br>150 JFK Parkway # CN1000<br>Shorthills, NJ 07078<br>973-379-4800 |
| | **Jon M. Hopeman, Esq.**<br>[term 06/17/02]<br>[COR LD NTC]<br>David L. Hashmall, Esq.<br>[term 06/17/02]<br>[COR LD NTC]<br>Felhaber, Larson, Fenlon & Vogt, |

| | |
|---|---|
| | P.A.<br>225 South 6th Street<br>Suite 4200<br>Minneapolis, MN 55402-4302 |
| **BONITZ BROTHERS INC.**<br>defendant | **Mark Taustine, Esq.**<br>[COR LD NTC]<br>Leahey & Johnson, P.C.<br>120 Wall Street<br>New York, NY 10005<br>(212) 269-7308-9 |
| **BRAZAS SPORTING ARMS, INC.**<br>defendant | **David R. Gross**<br>(See above)<br>[COR LD NTC] |
| **CABELA'S INC.**<br>defendant<br>[term 06/27/02] | **Anthony Michael Pisciotti**<br>[term 06/27/02]<br>[COR LD NTC]<br>Renzulli & Rutherford, LLP<br>300 East 42nd Street<br>18th Floor<br>New York, NY 10017-5947<br>(212) 599-5533 |
| | **David W. Hutton, Esq.**<br>[term 06/27/02]<br>[COR LD NTC]<br>Cabela's Inc.<br>One Cabela Drive<br>Sidney, NE 69160 |
| **CAMFOUR INC.**<br>defendant | **David R. Gross**<br>(See above)<br>[COR LD NTC] |
| **CHATTANOOGA SPORTS SUPPLY,**<br>INC. D/B/A CHATTANOOGA GROUP<br>INC.<br>defendant<br>[term 11/02/01] | **David R. Gross**<br>(See above)<br>[COR LD NTC] |
| **CSI SPORTS, LLC**<br>defendant | **Charles E. Bachman**<br>(FAX) 212-326-2061<br>[COR LD NTC]<br>O'Melveny & Myers LLP<br>Citigroup Center<br>153 East 53rd Street<br>54th Fl.<br>New York, NY 10022<br>(212) 326-2000 |
| **DAVIDSON'S SUPPLY COMPANY,**<br>INC.<br>defendant | **David R. Gross**<br>(See above)<br>[COR LD NTC] |
| **DIXIE SHOOTERS SUPPLY, INC.**<br>defendant | **David R. Gross**<br>(See above)<br>[COR LD NTC] |
| **EUCLID AVENUE SALES**<br>defendant | **Euclid Avenue Sales Co.**<br>FAX-404-366-5746 |
| | **[COR LD NTC]**<br>Stephen Feinberg, Sec.-Treas. |

| | |
|---|---|
| | 2511 Forest Parkway<br>Ellenwood, GA 30294<br>404-366-1330 |
| **EUROPEAN TARGET SHOOTERS**<br>SUPPLY, INC.<br>defendant<br>[term 01/23/02] | |
| **FARBER BROTHERS, INC.**<br>defendant | **David G. Tobias, Esq.**<br>[COR LD NTC]<br>Saviano & Tobias, P.C.<br>9 East 40th Street<br>15th Floor<br>New York, NY 10016<br>(212) 532-7650 |
| **FANNING WHOLESALE, INC.**<br>defendant | |
| **FOX WHOLESALE, INC.**<br>defendant | |
| **GLEN ZANERS FUR AND SPORTING**<br>GOODS CO.<br>defendant | **David R. Gross**<br>(See above)<br>[COR LD NTC] |
| **GO SPORTSMEN SUPPLY, INC.**<br>defendant | |
| **HENRY'S TACKLE, LLC**<br>defendant<br>[term 08/26/02] | **Charles E. Bachman**<br>[term 08/26/02]<br>(Fax) (212) 326-2061<br>[COR LD NTC]<br>O'Melveny & Myers LLP<br>Citigroup Center<br>153 East 53rd Street, 54th Fl.<br>New York, NY 10022<br>(212)-326-2000 |
| **HICKS, INC.**<br>defendant | **David R. Gross**<br>(See above)<br>[COR LD NTC] |
| **BONITZ BROTHERS INC.**<br>third-party plaintiff | **Mark Taustine, Esq.**<br>[COR LD NTC]<br>Leahey & Johnson, P.C.<br>120 Wall Street<br>New York, NY 10005<br>(212) 269-7308-9 |
| **JERRY'S SPORTS CENTER**<br>third-party plaintiff | **Mark Taustine, Esq.**<br>(See above)<br>[COR LD NTC] |
| **JERRY'S SPORTS, INC. D/B/A**<br>JERRY'S SPORTS CENTER, INC.<br>third-party plaintiff | **Mark Taustine, Esq.**<br>(See above)<br>[COR LD NTC] |
| **OUTDOOR SPORTS HEADQUARTERS,**<br>INC.<br>third-party plaintiff | **Mark Taustine, Esq.**<br>(See above)<br>[COR LD NTC] |
| **SIMMON'S GUN SPECIALTIES, INC.**<br>third-party plaintiff | **Mark Taustine, Esq.**<br>(See above)<br>[COR LD NTC] |

| | |
|---|---|
| **v.** | |
| **AMERICAN AND FOREIGN INSURANCE** COMPANY <br> third-party defendant | |
| **ROYAL INSURANCE COMPANY OF** AMERICA <br> third-party defendant | |
| **SAFEGUARD INSURANCE COMPANY** <br> third-party defendant | |
| **ROYAL INDEMNITY COMPANY** <br> third-party defendant | |
| **ALL-SPORTS, LLC** <br> third-party plaintiff | **Charles E. Bachman** <br> FAX (212) 326-2061 <br> [COR LD NTC] <br> O'Melveny & Myers LLP <br> Citigroup Center <br> 153 East 53rd Street <br> 54th Floor <br> New York, NY 10022 <br> (212) 326-2000 |
| **CSI SPORTS, LLC** <br> third-party plaintiff | **Charles E. Bachman** <br> (FAX) 212-326-2061 <br> [COR LD NTC] <br> O'Melveny & Myers LLP <br> Citigroup Center <br> 153 East 53rd Street <br> 54th Fl. <br> New York, NY 10022 <br> (212) 326-2000 |
| **HENRY'S TACKLE, LLC** <br> third-party plaintiff <br> [term 08/26/02] | **Charles E. Bachman** <br> [term 08/26/02] <br> (See above) <br> [COR LD NTC] |
| **v.** | |
| **CONTINENTAL INSURANCE COMPANY** <br> third-party defendant | **Cathlene A. Tharp, Esq.** <br> [COR LD NTC] <br> Ross, Dixon & Bell, L.L.P. <br> 2001 K Street, N.W. <br> Washington, DC 20006-1040 <br> (202) 662-2000 |
| **TRANSPORTATION INSURANCE** COMPANY <br> third-party defendant | **Cathlene A. Tharp, Esq.** <br> (See above) <br> [COR LD NTC] |
| **FIREMAN'S FUND INSURANCE CO.** <br> third-party defendant | **Stuart Peacock, Esq.** <br> Fax: (202) 712-7100 <br> [COR LD NTC] <br> Amanda B. Wheeler, Esq. <br> Fax: (202) 712-7100 <br> [COR LD NTC] <br> Bonner Kiernan Trebach & <br> Crociata |
| | **1250 I Street, N.W.** <br> Suite 600 <br> Washington, DC 20005 |

| | (202) 712-7000 |
|---|---|
| **ABN SHOOTING SPORTS SUPPLY, INC.**, d/b/a ABN Sports Supply, Inc.<br>defendant | |
| **MKS SUPPLY, INC.**<br>defendant | |

## Docket Proceedings

| Date | Doc # | Docket Entry |
|---|---|---|
| 10/29/99 | 1 | COMPLAINT filed and summons(es) issued for Acusport Corporation, Ellett Brothers, Inc, RSR Management Compa, RSR Group, Inc. FILING FEE $ 150.00 RECEIPT # 224929 (fxc) [Entry date 11/01/99] |
| 11/23/99 | 2 | RETURN OF SERVICE executed as to Acusport Corporation on 11/12/99 & Ellett Brothers, Inc on 11/11/99. (lg) [Entry date 11/29/99] |
| 12/02/99 | 3 | RETURN OF SERVICE executed as to RSR Management Company, RSR Group, Inc. 11/19/99. (lg) [Entry date 12/02/99] |
| 01/24/00 | 4 | ORDER dated 1/14/2000 that defts shall either answer or move to dismiss on or before 2/15/2000; pltffs' response to any motions to be served by 3/7/2000; replies due 3/15/2000; discovery stayed in the interim in accordance with the Order of the District Court. (signed by Magistrate Cheryl L. Pollak). (lg) [Entry date 01/24/00] |
| 02/15/00 | 5 | ANSWER to Complaint by Ellett Brothers, Inc; jury demand. (lg) [Entry date 02/16/00] |
| 02/15/00 | 7 | ANSWER to Complaint by Acusport Corporation. (lg) [Entry date 02/23/00] |
| 02/22/00 | 6 | ANSWER to Complaint by RSR Management Corp. & RSR Group. (lg) [Entry date 02/23/00] |
| 02/24/00 | 8 | ORDER dated 2/24/2000 that an initial conference has been scheduled for 4/25/2000 at 11:30AM before Magistrate Pollak. (signed by Magistrate Cheryl L. Pollak). (lg) [Entry date 02/24/00] |
| 03/15/00 | 9 | CERTIFICATE OF SERVICE of opposition papers to motion to dismiss; NOTE: all motions will be heard 4/3/00 at 10AM; the motion filed by Bruce Jennings is now scheduled for 3/31/00, it is adjourned to 4/3/00 at 10aAM pltffs' counsel is to advise all parties of this hearing. (These dates set by JBW's Case Manager). (lg) [Entry date 03/15/00] |
| 04/17/00 | -- | LETTER dated 4.12.2000 from Elisa Barnes to Defense Counsel advising the status |

| | | |
|---|---|---|
| | | conference before Magistrate Pollak is set for 5.10.2000 @ 12:30 [This is doc. #150 in 99-3999.] (dm) [Entry date 04/17/00] |
| 04/21/00 | -- | LETTER 4/12/00 from Elisa Barnes to Defense Counsel, advising that a status conference will be held on 5/10/00 at 12:30 before Mag. Pollak and oral argument is on motions on 5/10/00 at 10:00 before Judge Weinstein. (This document is filed only in 99 cv 3999, document #152) (fp) [Entry date 04/21/00] |
| 05/10/00 | -- | Calendar entry: Before Judge Weinstein on 5/10/00 at 10:00. Case called. Counsel for all parties present. Conference held. Respectfully referred to the Mag. Judge for control of discovery. ** This is a copy of doc. #4 in CV 99 1461 ** (dg) [Entry date 05/19/00] |
| 05/12/00 | -- | TRANSCRIPT of Conference before Judge Weinstein filed for dates of 5/10/00. (DOCUMENT FILED ONLY IN 99 CV 3999, DOCUMENT #175) (fp) [Entry date 05/12/00] |
| 05/16/00 | -- | TRANSCRIPT of Conference before Judge Weinstein filed for dates of 5/10/00. (DOCUMENT FILED ONLY IN 99 CV 3999, DOCUMENT #180) (fp) [Entry date 05/16/00] |
| 05/31/00 | 10 | Pltffs' MOTION for certifying a defts class in this matter. (Memo in support attached). Motion hearing on a date to be specified by the Court. Motion file stamped: 5/31/2000. (lg) [Entry date 05/31/00] |
| 06/05/00 | 11 | ORDER dated 6/1/2000 that pltff's motion in 99CV7037 seeking certification of a deft class action is deferred; defts to move to dismiss; motion to be filed by 6/30/2000. (signed by Judge Jack B. Weinstein). (lg) [Entry date 06/05/00] |
| 06/07/00 | 12 | LETTER dated 5/31/00 from Elisa Barnes, counsel for plaintiff, to Judge Weinstein and Magistrate Pollak advising that plaintiff did not include letter with motion for certification of a defendant handgun distribution case. (ar) [Entry date 06/08/00] |
| 06/14/00 | 13 | ORDER Deferred [10-1] motion for certifying a defts class in this matter. Before considering this motion, the court directs deft's to move to dismiss for failure to state a claim, for lack of standing, and on such other grounds as they deem appropriate, These motions should be filed by June 30,2000. ( signed by Judge Jack B. Weinstein , on 6/1/2000) (rj) [Entry date 06/14/00] |
| 06/22/00 | 14 | LETTER dated 6/12/00 from John F. Renzulli to Judge Weinstein on behalf of defendants requesting that the defendants' motion to dismiss be deferred until the plaintiffs have responded to defendants' written discovery and after an adequate period of time to complete discovery on the standing issue only. (rg) [Entry date 06/22/00] |
| 06/22/00 | -- | Endorsed order dated 6/12/00 approving request to defer motion until completion of discovery. ( Signed by Judge Jack B. Weinstein, on 6/12/00) (rg) [Entry date 06/22/00] |
| 06/26/00 | -- | ORDER stating that the court shall set a hearing for motion of dismissal by deft Felk |

| | | |
|---|---|---|
| | | Inc. ( signed by Judge Jack B. Weinstein , on 6/22/00)(endorsed on "Prayer for dismissal").(original docketed under 99-cv-7037 document # 204). (dd) [Entry date 06/26/00] |
| 06/27/00 | 15 | LETTER dated 6/14/00 from John S. Kanzler to Elisa Barnes, enclosing a copy of dft's letter to Judge Weinstein which was recently sent to counsel on 6/12/00. (fp) [Entry date 06/27/00] |
| 08/21/00 | -- | MOTION by National Association, National Spinal Cord to amend [1-1] complaint, Motion hearing [0-1] motion (DOCUMENT FILED ONLY IN 99 CV 3999 DOCUMENT #234) (fp) [Entry date 08/23/00] |
| 08/21/00 | -- | CERTIFICATE OF SERVICE by Sylvia Cruz on 8/16/00 by mail upon parties, Re: Motion to Amend and Accompanying Memorandum of Law. (DOCUMENT FILED ONLY IN 99 CV 3999, DOCUMENT #235) (fp) [Entry date 08/23/00] |
| 08/21/00 | -- | AFFIDAVIT of Elisa Barnes Re: In support of [0-1] motion to amend [1-1] complaint. (DOCUMENT FILED ONLY IN 99 CV 3999, DOCUMENT #236) (fp) [Entry date 08/23/00] |
| 08/21/00 | -- | MEMORANDUM OF LAW by National Association, National Spinal Cord in support of [0-1] motion to amend [1-1] complaint. (DOCUMENT FILED ONLY IN 99 CV 3999, DOCUMENT #237) (fp) [Entry date 08/23/00] |
| 08/29/00 | -- | NOTICE of Hearing for Motion to Amend Complaints set for 9/11/00 at 2:00. (DOCUMENT FILED ONLY IN 99 CV 3999, DOCUMEENT #238) (fp) [Entry date 08/29/00] |
| 09/13/00 | 16 | AMENDED COMPLAINT by National Association, National Spinal Cord Injury Association, amending [1-1] complaint. (ar) [Entry date 09/15/00] |
| 09/13/00 | 18 | LETTER dated 9/13/00 from Elisa Barnes to Clerk of Court enclosing the Amended Complaint in this case. (ar) [Entry date 09/18/00] |
| 09/18/00 | 17 | RETURN OF SERVICE of Complaint in connection with plaintiff' motion to amend executed as to all parties on 8/16/00. Answer due on 9/5/00. (ar) [Entry date 09/18/00] |
| 09/19/00 | 19 | (faxed) LETTER dated 9/8/00 from David Gross, counsel for defendant distributors, to Judge Weinstein, regarding the motion scheduled for 9/11/00 and that parties will appear before Magistrate Pollak on 9/20/00. (wa) [Entry date 09/19/00] |
| 10/10/00 | -- | MOTION by National Association, National Spinal Cord for an order compelling the production of information and documents requested in a subpoena for documents served on the bureau of alcohole tobacco and firearms on 7/5/00 . Motion hearing [0-1] motion (memorandum of law in support attached) (DOCUMENT FILED ONLY IN 99 CV 3999, DOCUMENT #254) (fp) [Entry date 10/12/00] |
| 10/13/00 | -- | Endorsed order, pltff's motion to compel is referred to Mag. Pollak. ( Signed by |

|  |  | Judge Jack B. Weinstein , on 10/11/00) (document filed in 99 cv 3999, document #254) (fp) [Entry date 10/13/00] |
|---|---|---|
| 10/13/00 | 20 | ORDER, argument on pltff's motion to compel the Bureau of Alcohol, Tobacco and Firearms to provide certain documents requested in a subpoena duces tecum served 7/5/00 will be heard on 10/17/00 at 2:00. Responsive papers, if any are due on 10/16/00 by 5:30. ( signed by Magistrate Cheryl L. Pollak , on 10/11/00) (also docketed in 99 cv 3999) (fp) [Entry date 10/13/00] |
| 10/19/00 | 21 | ORDER signed by Magistrate Cheryl L. Pollak on 10/11/00. Motion to compell will be argued before Magistrate Pollak on 10/17/00 at 2:00. Responsive papers, if any, will be due 10/16/00, by 5:30. (ar) [Entry date 10/19/00] |
| 10/20/00 | 22 | SECOND AMENDED COMPLAINT by National Association, National Spinal Cord, amending [1-1] complaint. (ar) [Entry date 10/25/00] |
| 10/25/00 | -- | LETTER dated 10/20/2000 from Elisa Barnes to Clerk of the Court firm name change. See document # 268 99 CV 3999 (rj) [Entry date 10/25/00] |
| 10/27/00 | 23 | LETTER dated 10/20/00 from Elisa Barnes to Clerk of Court advising that she will be representing plaintiff in this case and advising of a new telephone and fax number (system upddated). (ar) [Entry date 10/27/00] |
| 11/02/00 | 24 | AMENDED ANSWER to Complaint by Acusport Corporation, Ellett Brothers, Inc, RSR Management Compa, RSR Group, Inc. (ar) [Entry date 11/21/00] |
| 12/01/00 | 25 | ORDER signed by Judge Jack B. Weinstein on 12/1/00 regarding defendants' to dismiss. The motion s are granted except for that of CZ-USA, INC., Fabbrica d'Armi Pietro Beretta, and Excel Industries. (ar) [Entry date 12/12/00] |
| 12/14/00 | 26 | AMENDED ORDER signed by Judge Jack B. Weinstein on 12/7/00. Motions to dismiss by Bond Arms, Freedom Arms, Mauser, Olympic Arms, Savage Arms, and Weatherby are granted. Motions by Carl Walther, CZ-USA, Excel, and Fabbrica d'Armi are denied. (ar) [Entry date 12/14/00] |
| 01/29/01 | 27 | CROSS MOTION by Acusport Corporation, Ellett Brothers, Inc, RSR Management Compa, RSR Group, Inc. to dismiss for, Inter Alia, lack of justiciability and opposition to motion for certification of defendant class. Motion hearing [27-1] cross motion date not specified. (ar) [Entry date 01/29/01] |
| 01/29/01 | 28 | MEMORANDUM by Acusport Corporation, Ellett Brothers, Inc, RSR Management Compa, RSR Group, Inc. in opposition to [10-1] motion for certifying a defts class in this matter, and in support of cross-motion to dismiss. (ar) [Entry date 01/29/01] |
| 02/13/01 | 29 | NOTICE dated 2/9/01 from June P. Lowe that all pending dispositive motions will be placed on the court's calendar for 3/6/01 at 10:30. (also docketed in 99 cv 3999) (fp) [Entry date 02/13/01] |
| 02/28/01 | 30 | MEMORANDUM by National Association, National Spinal Cord in opposition to |

| | | |
|---|---|---|
| | | [27-1] cross motion to dismiss for, Inter Alia, lack of justiciability, and in further support of motion for certification of defendant class. (ar) [Entry date 02/28/01] |
| 02/28/01 | 31 | ORDER endorsed on letter dated 2/23/01 from Elisa Barnes to Magistrate Pollak. Request for adjournment is granted. Reply papers for class certification deadline is extended to 2/26/01. (signed by Magistrate Cheryl L. Pollak on 2/23/01) (ar) [Entry date 02/28/01] |
| 03/01/01 | 32 | LETTER dated 2/23/01 from John Kanzler to Mag. Pollak, confirming that the discovery conference has been rescheduled to 3/7/01 at 2:00. (also docketed in 99 cv 3999) (fp) [Entry date 03/01/01] [Edit date 03/01/01] |
| 03/01/01 | -- | Endorsed order, the discovery conference has been rescheduled to 3/7/01 at 2:00. ( Signed by Magistrate Cheryl L. Pollak , on 2/23/01) (endorsed on letter, document #32) (also docketed in 99 cv 3999) (fp) [Entry date 03/01/01] |
| 03/06/01 | 33 | LETTER dated 2/23/01 from John Kanzler to Judge Weinstein, confirming that the 3/6/01 hearing before Judge Weinstein for all pending dispositive motions has been rescheduled to 3/7/01 at 11:00. (fp) [Entry date 03/06/01] |
| 03/06/01 | -- | Endorsed order, approved. The 3/6/01 hearing for all dispositive motions has been scheduled to 3/7/01 at 11:00. ( Signed by Judge Jack B. Weinstein , on 2/26/01) (endorsed on letter, document #33) (fp) [Entry date 03/06/01] |
| 03/14/01 | 34 | SUPPLEMENTAL MEMORANDUM by NAACP in support of [10-1] motion for certifying a defts class in this matter. (ar) |
| 03/19/01 | 35 | SUPPLEMENTAL MEMORANDUM by Plaintiffs in support of [10-1] motion for certification of a defts class in this matter. (ar) [Entry date 03/19/01] |
| 03/19/01 | 36 | LETTER dated 3/15/01 from David Gross to Judge Weinstein in opposition to plaintiff's position that a public nuisance cause of action reaches a case of this nature. (ar) [Entry date 03/19/01] |
| 03/20/01 | 37 | LETTER 3/9/01 from Elisa Barnes to Defense Counsel, advising that argument on all outstanding dispositive motions have been reassigned to 3/16/01 at 10:00. (fp) [Entry date 03/20/01] |
| 03/20/01 | -- | Endorsed order, Approved. Argument on all outstanding dispositive motions have been reassigned to 3/16/01 at 10:00. ( Signed by Judge Jack B. Weinstein , on 3/18/01) (endorsed on letter, document #37) (fp) [Entry date 03/20/01] |
| 03/23/01 | 38 | ORDER signed by Judge Jack B. Weinstein on 3/16/01. American Derringer Corp.'s motion to dismiss is granted; Felk Inc.'s motion to dismiss is granted; Emco, Inc.'s motion to dismiss is granted on condition that information about the sale of equipment is furnished within ten days. Motion to dismiss by defendant gun distributors for lack of standing is denied. Plaintiff withdrew motion to certify class with leave to renew. The matter is referred to Magistrate for discovery relevant to certification. (ar) [Entry date 03/26/01] |
| | | |

| 04/02/01 | -- | MOTION by NAACP to amend their amended complaint to add three new parties. Filed in 99CV3999. (jag) [Entry date 04/05/01] |
|---|---|---|
| 04/05/01 | 39 | AMENDED ORDER granting defendant Gun Manufacturers' motions to dismiss. (signed by Judge Jack B. Weinstein on 4/2/01) tion to dismiss by gun distributors for lack of diversilty is denied. (ar) [Entry date 04/05/01] |
| 04/06/01 | 40 | ORDER, No hearing is required unless dft's seek it. In the absence of a hearing, the [0-1] motion to amend the amended complaint is granted. ( signed by Judge Jack B. Weinstein , on 4/2/01) (endorsed on copy of document #40) (fp) [Entry date 04/06/01] |
| 04/12/01 | 41 | SECOND AMENDED COMPLAINT by National Association, National Spinal Cord Injury Association (dated 3/29/01). (ar) [Entry date 04/13/01] |
| 04/13/01 | 42 | LETTER dated 4/12/01 from John S. Kanzler to Judge Weinstein, advising that dfts do not request a hearing on the issue for a motion to amend the complaint. (fp) [Entry date 04/13/01] |
| 04/17/01 | 43 | LETTER dated 4/12/01 from John S. Kanzler to Judge Weinstein, advising that by stipulation dft's must respond and or answer the amended complaint by 5/7/01. (fp) [Entry date 04/17/01] |
| 04/17/01 | -- | Endorsed order, dft's must respond to the amended complaint by 5/7/01. ( Signed by Judge Jack B. Weinstein , on 4/12/01) (endorsed on letter, document #43) (fp) [Entry date 04/17/01] |
| 05/03/01 | 44 | LETTER dated 4/27/01 from Elisa Barnes to Magistrate Pollak advising that plaintiffs will be amending the complaint to add approximately 66 distriobutors/wholesalers of handguns. (ar) [Entry date 05/09/01] |
| 05/11/01 | 45 | THIRD AMENDED COMPLAINT by National Association, National Spinal Cord (Answer due 5/21/01) amending [41-1] amended complaint. (ar) [Entry date 05/14/01] |
| 05/11/01 | -- | LETTER dated 5/11/01 from Monica Connell to Mag. Pollak, memorandum regarding the proposed protective orders. (document filed only in 99 cv 3999, document #437) (fp) [Entry date 05/15/01] |
| 05/21/01 | -- | LETTER dated 5/11/01 from Monica Connell to Mag. Pollak, requesting that pltff's be allowed until next thursday to address the issue of possible discovery against Walther, GmbH by letter to the court. (document filed only in 99 cv 3999, document #439) (fp) [Entry date 05/21/01] |
| 05/21/01 | -- | Endorsed order, pltffs are granted until next thursday to address the issue of possible discovery against Walther, GmbH by letter to the court. ( Signed by Magistrate Cheryl L. Pollak , on 5/16/01) (document filed only in 99 cv 3999, document #439) (fp) [Entry date 05/21/01] |
| | | |

| 06/21/01 | 46 | NOTICE of attorney appearance for Riley's, Inc. by David G. Tobias. (ar) [Entry date 06/21/01] |
| 06/26/01 | 47 | NOTICE of attorney appearance for Farber Brothers, Inc. by David G. Tobias. (ar) [Entry date 06/26/01] |
| 07/19/01 | -- | STIPULATION and ORDER of protection between pltffs' experts, and BATF regarding production of un-redacted firearms trace database. [0-1] motion for an order compelling the production of information and documents requested in a subpoena for documents served on the bureau of alcohol tobacco and firearms on 7/5/00 is withdrawn. See stipulation, (Document # 455 in 99-CV3999) for all terms, details and conditions. (signed by Magistrate Cheryl L. Pollak, on 7/13/01) (tl) [Entry date 07/19/01] |
| 07/31/01 | 48 | STIPULATION TO ENLARGE TIME, All-Sports', CSI's and Henry's time to answer, move or otherwise respond to the complaint is hereby extended to and including 7.30.01. (So Ordered: Judge Jack B. Weinstein, on 7.18.01). w/attached Certificate of Service. (cnb) [Entry date 07/31/01] |
| 07/31/01 | 50 | ORDER, for Richard J. Leamy, Jr. to appear pro hac vice. (signed by Judge Jack B. Weinstein, on 7/18/01) c/m-ch (tl) [Entry date 08/01/01] |
| 08/01/01 | 49 | ORDER granting request that Mr. Leamy also be allowed to represent Faber in connection with this action. ( signed by Judge Jack B. Weinstein , on 6/28/01) (Endorsed on letterdated 6/26/01 from David Tobias to Judge Weinstein). (dd) [Entry date 08/01/01] |
| 08/01/01 | 51 | STIPULATION TO ENLARGE TIME, by and between Pltffs and All-Sports, CSI, and Henry's through their respective counsel, that All Sports', CSI's and Henry's time to answer, move or otherwise respond to the complaint is hereby extended up to and including 8.10.01. (So Ordered: Judge Jack B. Weinstein, on 7.30.01). w/attached Certificate of Svc. (cnb) [Entry date 08/03/01] |
| 08/09/01 | 52 | ANSWER to Complaint by Bill Hick's and Co.; jury demand (dd) [Entry date 08/09/01] |
| 08/09/01 | 53 | Disclosure of interested parties by Bill Hick's and Co. (dd) [Entry date 08/09/01] |
| 08/09/01 | 54 | RETURN OF SERVICE executed as to Jerry's Sports Center 7/5/01. (cnb) [Entry date 08/09/01] |
| 08/09/01 | 55 | RETURN OF SERVICE executed as to Simmon's Gun Special 7/9/01 (cnb) [Entry date 08/09/01] |
| 08/09/01 | 56 | RETURN OF SERVICE executed as to Canfour Inc., Bill Hick's and Co. 7/6/01 (cnb) [Entry date 08/09/01] |
| 08/09/01 | 57 | RETURN OF SERVICE executed as to Bill Hick's and Co. 7/9/01 (cnb) [Entry date 08/09/01] |

| 08/09/01 | 58 | RETURN OF SERVICE executed as to CSI Sports, LLC 7/9/01. (cnb) [Entry date 08/09/01] |
| 08/09/01 | 59 | RETURN OF SERVICE executed as to Glen Zaners Fur, Scott Wholesale Co., Dixie Shooters, Euclid Avenue Sales 7/11/01. (cnb) [Entry date 08/09/01] |
| 08/09/01 | 60 | RETURN OF SERVICE executed as to Bangers. L.P. 7/9/01 (cnb) [Entry date 08/09/01] |
| 08/09/01 | 61 | RETURN OF SERVICE executed as to Ellett Brothers, Inc, Kiesler Police Supply 7/17/01 (cnb) [Entry date 08/09/01] |
| 08/09/01 | 62 | RETURN OF SERVICE executed as to Williams Shooters Supply 7/17/01 (cnb) [Entry date 08/09/01] |
| 08/09/01 | 63 | RETURN OF SERVICE executed as to Riley's, Inc. 7/16/01 (cnb) [Entry date 08/09/01] |
| 08/09/01 | 64 | RETURN OF SERVICE executed as to SG Distributing, Valor Corp., and Fanning Wholesale on 7/10/01. (cnb) [Entry date 08/09/01] |
| 08/13/01 | 65 | RETURN OF SERVICE executed as to Jerry's Sport's 7/27/01 (cnb) [Entry date 08/13/01] |
| 08/13/01 | 66 | RETURN OF SERVICE executed as to Ron Shrik on 7/20/01. (cnb) [Entry date 08/13/01] |
| 08/13/01 | 67 | RETURN OF SERVICE executed as to Mountain State Sport 7/15/01 (cnb) [Entry date 08/13/01] |
| 08/16/01 | 68 | LETTER dated 8.14.01 from Charles E. Bachman to the Chambers of Judge Weinstein enclosing an original and two (2) copies of the Certification of Disclosure of Interested Parties of Defts All Sports, LLC, CSI Sports, LLC, and Henry's Tackle, LLC. (cnb) [Entry date 08/16/01] |
| 08/16/01 | 69 | Disclosure of interested parties by All-Sports, LLC, CSI Sports, LLC, and Henry's Tackle, LLC. (cnb) [Entry date 08/16/01] |
| 08/17/01 | 70 | RETURN OF SERVICE executed as to Hill Country Wholesale 7/17/01. (cnb) [Entry date 08/17/01] |
| 08/17/01 | 71 | RETURN OF SERVICE executed as to Alamo Leather Goods 7/25/01 (cnb) [Entry date 08/17/01] |
| 08/17/01 | 72 | RETURN OF SERVICE executed as to Scott's, Inc. 7/31/01 (cnb) [Entry date 08/17/01] |

| 08/17/01 | 73 | RETURN OF SERVICE executed as to All-Sports, LLC 8/3/01 (cnb) [Entry date 08/17/01] |
|---|---|---|
| 08/21/01 | 74 | RETURN OF SERVICE executed as to Brazas Sporting Arms 8/16/01. (cnb) [Entry date 08/21/01] |
| 08/21/01 | 75 | RETURN OF SERVICE executed as to Lew Horton Distributing Company 8/14/01. (cnb) [Entry date 08/21/01] |
| 08/30/01 | 76 | RETURN OF SERVICE executed as to Outdoor Sports 7/9/01. (cnb) [Entry date 08/30/01] |
| 08/30/01 | 77 | RETURN OF SERVICE executed as to Brazas Sporting Arms 8/20/01. {Service of the Amended Federal Summons and 3rd Amended Complaint}. (cnb) [Entry date 08/30/01] |
| 08/30/01 | 78 | RETURN OF SERVICE executed as to L.M. Burney, Inc. 7/23/01 {Service of a Amended Summons and Complaint}. (cnb) [Entry date 08/31/01] |
| 08/31/01 | 79 | LETTER dated 8.13.01 from Heidi M. Cooper to Ana enclosing an affidavit of service evidencing service of the Summons and 3rd Amended Complaint as to D.A. Hancq. w/attached Affidavit of Service. (cnb) [Entry date 08/31/01] |
| 09/07/01 | 80 | RETURN OF SERVICE, of 3rd Amended Summons and 3rd Amended complaint executed, as to Interstate Arms Corp on 7/6/01. (cnb) [Entry date 09/07/01] [Edit date 09/07/01] |
| 09/07/01 | 81 | RETURN OF SERVICE, of 3rd Amended Summons and 3rd Amended complaint executed, as to Farber Brothers, Inc.,on 7/10/01. (cnb) [Entry date 09/07/01] [Edit date 09/07/01] |
| 09/07/01 | 82 | RETURN OF SERVICE, of Amended Summons and 3rd Amended complaint executed, as to Chattanooga Sports 7/12/01. (cnb) [Entry date 09/07/01] |
| 09/07/01 | 83 | RETURN OF SERVICE, of Summons and 3rd Amended complaint executed, as to Sports South, Inc. 8/13/01 (cnb) [Entry date 09/07/01] |
| 09/07/01 | 84 | RETURN OF SERVICE, of 3rd Amended Summons and 3rd Amended complaint executed, as to Bonitz Brothers Inc. 8/14/01 (cnb) [Entry date 09/07/01] |
| 09/07/01 | 85 | RETURN OF SERVICE, of Amended Summons and 3rd Amended complaint executed, as to Sport's, Inc. 8/28/01. (cnb) [Entry date 09/07/01] |
| 09/07/01 | 86 | RETURN OF SERVICE, of Amended Summons and 3rd Amended complaint executed, as to Chattanooga Sports 8/30/01 (cnb) [Entry date 09/07/01] |
| 09/07/01 | 87 | RETURN OF SERVICE executed as to McGee's, Inc. 8/18/01 (cnb) [Entry date |

| | | |
|---|---|---|
| | | 09/07/01] |
| 09/10/01 | 88 | ANSWER and Defenses to Pltff's Third Amended Complaint by All-Sports, LLC, CSI Sports, LLC, and Henry's Tackle, LLC; Jury demand. w/attached certifice of service. {Forwarded to USMJ Pollak}. (cnb) [Entry date 09/10/01] |
| 09/10/01 | -- | DEMAND for jury trial by All-Sports, LLC, CSI Sports, LLC, and Henry's Tackle, LLC as per document # 88. (cnb) [Entry date 09/10/01] |
| 09/10/01 | 89 | RETURN OF SERVICE, of "Third Amended Amended Summons and Complaint", executed as to The Sportsmen's Guide 8/20/01. (cnb) [Entry date 09/10/01] |
| 09/10/01 | 90 | RETURN OF SERVICE, of Amended Summons and 3rd Amended Complaint, executed as to Henry's Tackle, LLC 7/11/01. (cnb) [Entry date 09/10/01] |
| 09/10/01 | 91 | RETURN OF SERVICE executed as to Lipsey's, Inc. 7/5/01 (cnb) [Entry date 09/10/01] |
| 09/13/01 | 92 | STIPULATION, by and between the attorneys for the Pltffs and the Deft Riley's Inc. and Farber Brothers, Inc. in the above entitled action that these deft's time to answer or move be, and hereby is, extended to 9.21.01. (So Ordered: Judge Jack B. Weinstein, on 9.10.01). (cnb) [Entry date 09/14/01] |
| 09/19/01 | 97 | STIPULATION, between the parties that the defts Bonitz Brothers, Inc., Jerry's Sport Center, North East, Inc., Jerry's Sport, Inc., D/B/A Jerry's Sports Center, Inc., Outdoor Sports Headquaters, Inc., and Simmon's Gun Specialities, Inc. time to respond to pltff's complaint is hereby extended to the 11th day of October, 2001. (Signed by, Judge Jack B. Weinstein, on 9.24.01). (cnb) [Entry date 09/25/01] |
| 09/20/01 | 93 | LETTER dated 9.19.01 from Stephen Feinberg, Sec.-Treas., to Mr. Vega enclosing the following: (1) Original and one copy of Euclid Sales Company's answer to the complaint, (2) Self-addressed envelope, (3) Certificate of service. {w/o attachment}. (cnb) [Entry date 09/24/01] |
| 09/20/01 | 94 | ANSWER to Complaint by Euclid Avenue Sales. W/attached Certificate of Service. (cnb) [Entry date 09/24/01] |
| 09/25/01 | 95 | MOTION by Lawmen's Safety Supply Inc., to dismiss all claims against the deft Lawmen's Safety Supply Inc. No Motion hearing set. Motion file stamped: 9.25.01. W/attached Sutton Affidavit, Paykin Affidavit, and Exhibit 1. (cnb) [Entry date 09/25/01] |
| 09/25/01 | 96 | MEMORANDUM by Lawmen's Safety Supply in support of its [95-1] motion to dismiss all claims against the deft Lawmen's Safety Supply Inc. (cnb) [Entry date 09/25/01] |
| 10/01/01 | 98 | (FAXED) LETTER dated 9.28.01 from Elisa Barnes to USMJ Pollak informing that it appears the date given by Chambers for the conference, 10.19.01 from 11:00 a.m. to 1:00 p.m. is acceptable to all. (cnb) [Entry date 10/01/01] |

| 10/01/01 | 99 | LETTER dated 9.21.01 from Monica Connell to USMJ Pollak requesting an extension of two more months, on behalf of the Pltff's, nunc pro tunc, within which to file affidavits of service. (cnb) [Entry date 10/01/01] |
|----------|-----|---|
| 10/01/01 | -- | Endorsed order, on document # 99, request granted nunc pro tunc. (So Ordered: Magistrate Cheryl L. Pollak, on 9.27.01). C/F from Chambers on 9.27.01. (cnb) [Entry date 10/01/01] |
| 10/03/01 | 100 | ANSWER by The Sportsmen's Guid to plaintiff's third amended complaint; jury demand (dd) [Entry date 10/03/01] |
| 10/03/01 | 101 | ANSWER by Cabela's Inc. to plaintiff's third amended complaint; jury demand (dd) [Entry date 10/03/01] |
| 10/05/01 | 108 | NOTICE of attorney appearance for Cabela's Inc., The Sportsmen's Guide, Inc., by Anthony M. Piscioiii. (cnb) [Entry date 10/18/01] |
| 10/05/01 | 112 | MOTION, by Renzulli & Rutherford, LLP, attorneys for Cabela's Inc., for an order allowing David W. Hutton to appear pro hac vice. Fee #: 25.00 Receipt #: 252421. No Motion hearing set. Motion stamped: 10.05.01. {w/attached affidavits in support and exhibit A}. (cnb) [Entry date 10/24/01] |
| 10/05/01 | 118 | THIRD-PARTY COMPLAINT by Jerry's Sport's, Jerry's Sports Cent, Bonitz Brothers Inc., Outdoor Sports, Simmon's Gun Special against American and Royal Insurance Comp, Safeguard Insurance, and Royal Indemnity Co. (cnb) [Entry date 10/30/01] |
| 10/10/01 | 109 | RETURN OF SERVICE executed as to American and Foreign Insurance Co., Royal Insurance Company of America, Royal Indemnity Co., and Safe Gaurd Insurance Co., on 10/9/01. (cnb) [Entry date 10/18/01] |
| 10/11/01 | 102 | STIPULATION, that the defts Riley's, Inc., and Farber Brothers', Inc., time to answer or move be, and hereby is, extended to 10.01.01. (So Ordered: Judge Jack B. Weinstein, on 9.25.01). (cnb) [Entry date 10/12/01] |
| 10/11/01 | 103 | ANSWER to Pltffs' Third Amended Complaint by Bonitz Brothers Inc., Jerry's Sports, Inc., D/B/A Jerry's Sport Center, North East Inc., S/H/A Jerry's Sport Center, North East, Inc., Jerry's Sports, Inc., D/B/A Jerry's Sports Center, Outdoor Sports Headquarters, Inc., and Simmon's Gun Specialties, Inc. {Forwarded to USMJ Pollak}. (cnb) [Entry date 10/16/01] |
| 10/12/01 | 104 | Disclosure of interested parties by Bonitz Brothers Inc., Jerry's Sports Center, Jerry's Sport's, North East, Inc., Outdoor Sports, and Simmon's Gun Special. (cnb) [Entry date 10/16/01] |
| 10/15/01 | 105 | ANSWER by Wharehouse 610 to Pltffs' third amended complaint. {Forwarded to USMJ Pollak}. (cnb) [Entry date 10/17/01] |
| 10/15/01 | 106 | Disclosure of interested parties by Wharehouse 610. (cnb) [Entry date 10/17/01] |

| | | |
|---|---|---|
| 10/18/01 | 107 | LETTER dated 10.03.01 from David G. Tobias to USDJ Weinstein enclosing a stipulation extending Riley's and Farber's time to answer or move pending and in accordance with the motion schedule to be set by USMJ Pollak. (cnb) [Entry date 10/18/01] |
| 10/18/01 | -- | Endorsed order, on document # 107, granted. (So Ordered: Judge Jack B. Weinstein, on 10.05.01). (cnb) [Entry date 10/18/01] |
| 10/19/01 | 110 | (FAXED) LETTER dated 9.27.01 from Brian Bender, Esq., to Counselors advising that he has been retained to represent deft Wharehouse 610. Also providing his temporary address, telephone, and fax numbers. {Address updated}. (cnb) [Entry date 10/19/01] |
| 10/19/01 | 116 | STIPULATION of discontinuance on behalf of National Spinal Cord Injury Association discontinuing this action w/o prejudice and w/o costs to either party as against the other. (So Ordered: Judge Jack B. Weinstein, on 10.01.01). C/M from Chambers. (cnb) [Entry date 10/26/01] [Edit date 10/26/01] |
| 10/23/01 | 111 | ORDER, pltffs shall serve any discovery requests relating to the issue of personal jurisdiction on or before 10.26.01. The requests are to be limited to 1998, 1999, and 2000. Responses are due 12.14.01. Pltffs shall serve upon the distributor defts all discovery relating to the issue of standing that has previously been provided to the manufacturer defts. All discovery other is stayed on consent of all parties. Defts shall file any motions to dismiss for (1) lack of personal jurisdiction; (2) lack of subject matter jurisdiction; and/or (3) lack of standing on or before 1.14.02. Responses are due 2.11.02 and replies are due 2.25.02. Oral argument on the motions is set for 3.04.02 at 2:00 p.m. Defts shall respond to pltffs' motion for costs pursuant to RULE 4 on or before 11.02.01. (So Ordered: Magistrate Cheryl L. Pollak, on 10.22.01). (cnb) [Entry date 10/23/01] [Edit date 10/31/01] |
| 10/24/01 | -- | Endorsed order, on document # 112, granted. (Signed by Judge Jack B. Weinstein, on 10.09.01). (cnb) [Entry date 10/24/01] |
| 10/24/01 | 113 | ORDER granting request to put the above matter over for three weeks, until 11/13/01. ( signed by Judge Jack B. Weinstein , on 10/22/01) (endorsed on letter dated 10/22/01 from Monica Connell to Judge Weinstein). (dd) [Entry date 10/24/01] |
| 10/24/01 | 114 | ORDER extending deft's (Riley Inc. and Faber Bros.) time to answer in accordance with the motion schedule to be set by M.J. Pollak at the conference to be held on 10/19. (signed by Judge Jack B. Weinstein , on 10/05/01) (jag) [Entry date 10/24/01] |
| 10/24/01 | 131 | MEMORANDUM by Defts All-Sports, LLC, CSI Sports, LLC, and Henry's Tackle, LLC, in opposition to motion for recovery of costs pursuant to F.R.C.P. 4(d)(2). {w/attached Declaration of Charles E. Bachman (marked A) and exhibits 1-2}. (cnb) [Entry date 11/15/01] |
| 10/25/01 | 115 | LETTER dated 10.23.01 from Elisa Barnes, o/b/o the NAACP, to USMJ Pollak providing the paragraphs dealing with the amount of money sought in this action that were inadvertently ommitted from the Third Amended Complaint. {w/attachments}. (cnb) [Entry date 10/25/01] |

| 10/30/01 | 117 | ORDER, pltff is directed to arrange a conference with the manufacturer defts. Pending that conference, the schedule set during the 10.19 conference shall remain in effect. (So Ordered: Magistrate Cheryl L. Pollak, on 10.25.01). SEE: Order endorsed on letter dated 10.25.01 from Elisa Barnes to USMJ Pollak. (cnb) [Entry date 10/30/01] |
|---|---|---|
| 10/30/01 | 119 | LETTER dated 10.25.01 from Elisa Barnes to USMJ Pollak requesting that the court leave the order, re: standing motions, as it is. (cnb) [Entry date 10/30/01] |
| 10/30/01 | 121 | AMENDED ANSWER to Complaint by Euclid Avenue Sales: amends the [94-1] answer; jury demand. [w/attached certificate of service]. (cnb) [Entry date 11/01/01] |
| 10/31/01 | 120 | ORDER, granting pltff's request for leave of court to serve the Requests to Admit, one day late. (So Ordered: Magistrate Cheryl L. Pollak, on 10.29.01). SEE: Order endorsed on letter dated 10.29.01 from Elisa Barnes to USMJ Pollak and Defense Counsel. (cnb) [Entry date 10/31/01] |
| 11/02/01 | 122 | LETTER dated 10.25.01 from David R. Gross to USDJ Pollak suggesting one change in the order, dated 10.22.01, dealing with the motions relating to lack of standing. (cnb) [Entry date 11/02/01] |
| 11/02/01 | 123 | Disclosure of interested parties by Sports South, Inc. (cnb) [Entry date 11/05/01] |
| 11/02/01 | 127 | ANSWER by Sports South, Inc., to third amended complaint; jury demand. (cnb) [Entry date 11/06/01] |
| 11/02/01 | 142 | (FAXED) STIPULATION and ORDER, by pltff NAACP voluntarily dismissing the above-captioned action against CHATANOOGA GROUP, INC., w/o prejudice. (So Ordered: Judge Jack B. Weinstein, on 10.30.01). (cnb) [Entry date 11/27/01] |
| 11/05/01 | 124 | ANSWER by Farber Brothers, Inc., to third amended complaint; jury demand. (cnb) [Entry date 11/06/01] |
| 11/05/01 | 125 | Disclosure of interested parties by Farber Brothers, Inc. (cnb) [Entry date 11/06/01] |
| 11/05/01 | 126 | Disclosure of interested parties by Riley's, Inc. (cnb) [Entry date 11/06/01] |
| 11/05/01 | 128 | Disclosure of interested parties by Riley's, Inc. (cnb) [Entry date 11/06/01] |
| 11/05/01 | 130 | ANSWER by Riley's, Inc., to third amended complaint; jury demand. (cnb) [Entry date 11/13/01] |
| 11/05/01 | 183 | ANSWER AND AFFIRMATIVE DEFENSES by Acusport Corporation, Alamo Leather Goods, Bill Hick's and Co., Bangers. L.P., Brazas Sporting Arms, Inc., Chattanooga Sports, Davidson's Supply Co, Dixie Shooters, Ellett Brothers, Inc, Glen Zaners Fur, Hicks, Inc., Hill Country Wholesa, Interstate Arms Corp, Kiesler Police Suppl, L.M. Burney, Inc., Lew Horton Distribut, Lipsey's, Inc., McGee's, Inc., Ron Shirk's Shooter', RSR Management Compa, RSR Group, Inc., SG |

| | | |
|---|---|---|
| | | Distributing, Ohio Gun, Sport's, Inc., Valor Corp., Walter Craig, Inc., Williams Shooters Su, and Worldwide Sports Net to pltff's THIRD AMENDED complaint; jury demand. (cnb) [Entry date 02/06/02] |
| 11/07/01 | 129 | STIPULATION and ORDER, that the time for the third-party defts, American and Foreign Insurance Company, Royal Insurance Company of America, Safeguard Insurance Company, and Royal Idemnity to respond or otherwise move against the third-party complaint, is extended up to and including 11.15.01. (So Ordered: Judge Jack B. Weinstein, on 10.29.01). (cnb) [Entry date 11/09/01] |
| 11/14/01 | 133 | ORDER, final adjournment, adjourning the return date of the motion to dismiss brought by Lawmen's Safety Supply, Inc., to 12.19.01 at 10:00 a.m. (Signed by Judge Jack B. Weinstein. on 11.09.01). C/M from Chambers. SEE: Order endorsed on (faxed) letter dated 11.09.01 from Monica Connell to USDJ Weinstein. (cnb) [Entry date 11/16/01] |
| 11/15/01 | 132 | MEMORANDUM by All-Sports, LLC, CSI Sports, LLC, and Henry's Tackle, LLC, in reply to pltff's letter seeking recovery of costs pursuant to F.R.C.P. 4(d)(2). {Return to J. Lowe}. (cnb) [Entry date 11/15/01] |
| 11/16/01 | 134 | MOTION by American and Foreign, Royal Insurance Comp, Safeguard Insurance, Royal Indemnity Comp to dismiss, Motion hearing [134-1] motion Motion file stamped: 11/16/01 and mailed/served: 11/16/01 (dd) [Entry date 11/21/01] |
| 11/16/01 | 135 | Declaration of Celeste Butera in support of 3rd party defts' Re: [134-1] motion to dismiss. Attached exhibits A and B. (dd) [Entry date 11/21/01] |
| 11/16/01 | 136 | AFFIDAVIT i of Paula Douglas in support of 3rd party defts' Re: [134-1] motion to dismiss (dd) [Entry date 11/21/01] |
| 11/16/01 | 137 | MEMORANDUM of law by American and Foreign, Royal Insurance Comp, Safeguard Insurance, Royal Indemnity Comp in support of their [134-1] motion to dismiss (dd) [Entry date 11/21/01] |
| 11/21/01 | 138 | Case Appendix to 3rd party memo of law in support of motion by American and Foreign, Royal Insurance Comp, Safeguard Insurance, Royal Indemnity Comp (dd) [Entry date 11/21/01] |
| 11/21/01 | 139 | PROPOSED ORDER to dismiss third party complaint. ( unsigned by Judge Jack B. Weinstein , ) (dd) [Entry date 11/21/01] |
| 11/21/01 | 140 | Disclosure of interested parties by American and Foreign, Royal Insurance Comp, Safeguard Insurance, Royal Indemnity Comp (dd) [Entry date 11/21/01] |
| 11/27/01 | 141 | LETTER dated 11.16.01 from David R. Gross to USDJ Weinstein advising that in order to proceed with this matter and 99-cv-3999, or, the manufacturer's action w/any efficiency, the distributers agree that all distributor di minimus and jurisdictional motions must be disposed of first. (cnb) [Entry date 11/27/01] |
| | | |

| 12/03/01 | 144 | STIPULATION and ORDER, defts and Third-part Pltffs' memorandum of law and affidavits in opposition to Third-Party Defts' motion to dismiss dated 11.15.01 and originally returnable on 12.10.01 shall be served on or before 12.19.01; Third-Party Defts' reply memorandum of law and affidavits in further support of their motion shall be served on or before 1.11.02; and Oral argument shall take place on 1.17.02 at 9:30 a.m. (So Ordered: Judge Jack B. Weinstein, on 12.11.01). (cnb) [Entry date 12/17/01] |
|---|---|---|
| 12/07/01 | -- | ORDER, portions of this order amend the schedule set in the prior order of this court in NAACP v. AcuSport, dated 10.22.01. Responses to pltff's discovery relating to the issue of personal jurisdiction in the distributors' action NAACP v. AcuSport, served on 10.26.01 are due on 12.14.01. Pltff has agreed to reasonable extensions for those defts unable to provide responses by 12.14. The previously scheduled motions for personal jurisdiction, subject matter jurisdiction and lack of standing are adjourned w/o date, pending completion of in both actions. The standing discovery sought by pltffs in the manufacturers' action, NAACP v. American Arms, should be completed by 1.18.02. By 1.2.02, pltff is to advise the Court of any irresolvable discovery problems. (Signed by Magistrate Cheryl L. Pollak, on 11.30.01). SEE: Civil action case no. 99cv3999, document # 458, for further details. (cnb) [Entry date 12/07/01] [Edit date 01/29/02] |
| 12/12/01 | 143 | RETURN OF SERVICE executed as to Walter Craig, Inc., and Hicks, Inc. on 6/29/01. (cnb) [Entry date 12/17/01] |
| 12/21/01 | 145 | STIPULATION and ORDER, the above action is hereby voluntarily dismissed, w/o prejudice, against Lawmen's Safety Supply, Inc. (So Ordered: Judge Judge Jack B. Weinstein, on 12.13.01). C/M from Chmabers. (cnb) [Entry date 12/28/01] |
| 12/21/01 | 147 | MOTION by Jerry's Sport's, North East, Inc., Jerry's Sports Cent, Bonitz Brothers Inc., Outdoor Sports, Simmon's Gun Special for partial summary judgment. Motion hearing set for 01/17/02. Motion file stamped: 12.21.01. W/attached exhibits a-h. (kn) [Entry date 01/10/02] |
| 12/21/01 | 148 | AFFIDAVIT of Nicholas J. Zoogman in opposition to the motion by Royal to dismiss the third party complaint. W/attached exhibits a-h. (kn) [Entry date 01/10/02] |
| 12/21/01 | 149 | AFFIDAVIT of Andrew P. Kupchik, Sr. in opposition to the motion by Royal to dismiss the third-party complaint. W/attached exhibits a-e. (kn) [Entry date 01/10/02] |
| 12/21/01 | 153 | DEFENDANTS and third-party pltffs Jerry's Sport's, memorandum of law in opposition to the [134-1] motion to dismiss the third-party complaint. (kn) [Entry date 01/11/02] |
| 12/21/01 | 154 | MEMORANDUM by Jerry's Sport's, North East, Inc., Bonitz Brothers Inc., Outdoor Sports, Simmon's Gun Special in support of [147-1] motion for partial summary judgment on Royal's duty to defend Jerry's Sport. (kn) [Entry date 01/11/02] |
| 01/04/02 | 150 | MOTION by All-Sports, LLC, Henry's Tackle, LLC, CSI Sports, LLC for leave to file Third-party complaint against Continental Ins. Co., Transportation Ins. Co., and |

| | | |
|---|---|---|
| | | Fireman's Fund Ins. Co., No Motion hearing set. Motion file stamped: 01.04.02. W/Bachman declaration and exhibits a-c. * Forwarded to June Lowe. (kn) [Entry date 01/10/02] |
| 01/04/02 | 151 | MEMORANDUM by All-Sports, LLC, Henry's Tackle, LLC, CSI Sports, LLC in support of the [150-1] motion for leave to file Third-party complaint against Continental Ins. Co., Transportation Ins. Co., and Fireman's Fund Ins. Co. W/attachment 1. (kn) [Entry date 01/10/02] |
| 01/08/02 | 156 | (Faxed) LETTER dated 01.04.02 from office of Rivkin Radler to USDJ Weinstein, advising that counsel for Mr. Zoogman has consented to extend Royal's time to response papers for partial summary judgment until 1/10/02. Third-party pltff's reply will be due on 1/15/02. The parties agree to serve their papers on each other before the close of business on the respective due dates. Both motions are to be heard on 1/17/02 @ 11 am. (kn) [Entry date 01/11/02] |
| 01/08/02 | -- | Endorsed order on document # 156, approved. (Signed by Judge Jack B. Weinstein, on 01.04.02). (kn) [Entry date 01/11/02] |
| 01/08/02 | 157 | STIPULATION and ORDER, that the action is voluntarily dismissed, w/o prejudice, as against Chattanooga Group. (Signed by Judge Jack B. Weinstein, on 01.08.02). Faxed by Chambers 01.08.02. (kn) [Entry date 01/15/02] |
| 01/09/02 | 146 | (COPY) LETTER dated 01.02.02 from Elisa Barnes to Magistrate Pollak requesting a two week adjournment in pltff's time to provide the Court with notification of the outstanding & unresolved discovery disputes in the manufacturers' action until 1/16/02. W/enclosure. (kn) [Entry date 01/09/02] |
| 01/09/02 | -- | Endorsed order on document # 146 granting request. (Signed by Magistrate Cheryl L. Pollak, on 01.07.02). (kn) [Entry date 01/09/02] |
| 01/11/02 | 152 | (Faxed) LETTER dated 01.03.02 from Nicholas J. Zoogman to USDJ Weinstein opposing the request by third-party defs American & Foreign Insurance Co., Royal Insurance Co. of America, Safegaurd Insurance Co. & Royal Indemnity Co. that the Court hold in abeyance the motion by Jerry's Sport for partial summary judgment. (kn) [Entry date 01/11/02] |
| 01/11/02 | -- | Endorsed order on document # 152. This matter will be heard when the parties next appear in Court. (Signed by Judge Jack B. Weinstein, on 01.04.02). C/F by Chambers. (kn) [Entry date 01/11/02] |
| 01/11/02 | 155 | ORDER, all motions will be heard on 01.17.02 @ 11 am. The movant is to inform all parties of this change. (Signed by Judge Jack B. Weinstein, on 01.03.02). C/F by Chambers. (kn) [Entry date 01/11/02] |
| 01/11/02 | 160 | LETTER dated 1.11.02 from Robert Tugander to Clerk of the Court enclosing: (1) Royal's memorandum of law in opposition to third-pty pltffs' motion for partial summary judgment, (2) Royal's 56.1 Statement; (3) Affidavit of Paula Douglas dated 1.04.02; (4) Affidavit of Service; and (5) Royal's Case Appendix. (cnb) [Entry date 01/18/02] |
| | | |

| 01/11/02 | 161 | Royal's Memorandum of Law in opposition to Jerry's Sport's [147-1] motion for partial summary judgment. (cnb) [Entry date 01/18/02] |
|---|---|---|
| 01/11/02 | 162 | CASE Appendix to Royal's Memorandum of Law in Opposition to Jerry's Sport's Motion for Partial Summary Judgment. {Composed of exhibits A-J}. (cnb) [Entry date 01/18/02] |
| 01/11/02 | 163 | ROYAL'S Response to Third-Party Pltffs' Statement Pursuant to Local Civil RULE 56.1. (cnb) [Entry date 01/18/02] [Edit date 01/18/02] |
| 01/11/02 | 164 | AFFIDAVIT of Paula Douglas submitted in connection with Royal's [161-1] opposition to the third party plaintiff's motion for partial summary judgment on the duty to defend. w/attached exhibit A. (cnb) [Entry date 01/18/02] |
| 01/11/02 | 165 | AFFIDAVIT of Service, by deponent Joan Riordan, of the [164-1] affidavit of Paula Douglas, Royal's [163-1] response to 3rd pty pltffs' 56.1 statement, [162-1] Case appendix, [161-1] Royal's memo in opp to Jerry's Sports motion for partial sum jgm, upon Nicholas Zoogman, Esq. (cnb) [Entry date 01/18/02] |
| 01/14/02 | 158 | LETTER dated 01.04.02 from Robert Tugander to USDJ Weinstein advising the Court that counsel for the third-party pltffs, Mr. Zoogman, has consented to extend Royal's time to serve response papers until 01.10.02. Third-party pltffs' reply will be due 01.15.02. The parties agree to serve papers on each other by fax before the close of buisness on the respective due dates. Both motions are to be heard on 01.17.02 @ 11am. (kn) [Entry date 01/15/02] |
| 01/14/02 | -- | Endorsed order on doc 158 approving request. (Signed by Judge Jack B. Weinstein, on 01.08.02). (kn) [Entry date 01/15/02] |
| 01/14/02 | 159 | CERTIFICATE OF SERVICE, of Royal's Reply Brief in further support of its motion to dismiss the third-party complaint, as to Nicholas Zoogman, Esq. {Forwarded to J. Lowe}. (cnb) [Entry date 01/16/02] |
| 01/14/02 | 174 | ROYAL'S reply brief in further support of its motion to dismiss the third party complaint. {w/attached exhibits A-E}. *Returned to J. Lowe. (cnb) [Entry date 01/29/02] |
| 01/14/02 | 176 | MOTION to admit David L. Hashmall pro hac vice Fee #: 25.00, Receipt #: 256452. No Motion hearing set. Motion file stamped: 1.14.02. (cnb) [Entry date 02/04/02] |
| 01/14/02 | 177 | MOTION to admit Jon M. Hopeman☐pro hac vice, FEE #: $25.00, RECEIPT #: 256452. No Motion hearing set. Motion file stamped: 1.14.02. (cnb) [Entry date 02/04/02] [Edit date 02/04/02] |
| 01/14/02 | 178 | AFFIDAVIT of Jon Hopeman in support of the [177-1] motion to admit him☐pro hac vice, FEE #: $25.00, RECEIPT #: 256452. (cnb) [Entry date 02/04/02] |
| 01/14/02 | 179 | (UNSIGNED) ADMISSION for Jon M. Hopeman to practice Pro Hac Vice. (cnb) [Entry date 02/04/02] |

| | | |
|---|---|---|
| 01/14/02 | 180 | AFFIDAVIT of service by mail Re: the [177-1] motion to admit Jon M. Hopeman☐pro hac vice, FEE #: $25.00, RECEIPT #: 256452, and the [176-1] motion to admit David L. Hashmall pro hac vice Fee #: 25.00, Receipt #: 256452. (cnb) |
| 01/14/02 | 181 | AFFIDAVIT of David Hashmall in support of the [176-1] motion to admit David L. Hashmall pro hac vice Fee #: 25.00, Receipt #: 256452. {w/attachments}. (cnb) [Entry date 02/04/02] |
| 01/14/02 | 182 | ADMISSION for David L. Hashmall to practice pro hac vice. (Signed by Judge Jack B. Weinstein, on 1.28.02). C/M from Chambers. (cnb) [Entry date 02/04/02] |
| 01/16/02 | 166 | REPLY MEMORANDUM OF LAW by Jerry's Sport's in further support of its [147-1] motion for partial summary judgment on Royal's Duty to defend. {w/attached exhibit A}. (cnb) [Entry date 01/18/02] [Edit date 01/31/02] |
| 01/16/02 | 167 | AFFIDAVIT of Nicholas J. Zoogman in further support of the [147-1] motion for partial summary judgment on the duty to defend. {w/attached exhibits A-B}. (cnb) [Entry date 01/18/02] |
| 01/16/02 | 168 | AFFIDAVIT of Andrew P. Kupchik, Sr., in support of Jerry's Sport's [147-1] motion for partial summary judgment on Royal's duty to defend. (cnb) [Entry date 01/18/02] |
| 01/16/02 | 169 | AFFIDAVIT of Monica Connell Re: pltff's intention to move this court for permission to serve and file a fourth amended complaint. {w/attached exhibits A}. (cnb) [Entry date 01/18/02] |
| 01/17/02 | 171 | Calendar entry: Before USDJ Weinstein on 1.17.02 @ 11:00 a.m. case called for motion for various relief. Counsel for all sides present. Motion argued. Rulings on the record. (cnb) [Entry date 01/23/02] |
| 01/18/02 | 175 | LETTER dated 1.09.02 from David L. Hashmall to Clerk enclosing the following documents: 1. Notice of motion to admit David L. Hashmall pro hac vice; 2. Affidavit of David L. Hashmall in support of motion; 3. Admission of David L. Hashmall to practice pro hac vice; 4. Notice of Motion to admit Jon M. Hopeman pro hac vice; 5. Affidavit of Jon M. Hopeman in support; 6. Admission for Jon M. Hopeman to practice pro hac vice. (cnb) [Entry date 01/30/02] |
| 01/22/02 | 170 | Disclosure of interested parties by Jerry's Sport's. (cnb) [Entry date 01/22/02] |
| 01/23/02 | 173 | STIPULATION and ORDER the action is hereby voluntarily dismissed w/o prejudice, as against European Target Shooters Supplies, Inc. (signed by Judge Jack B. Weinstein, on 01.16.02). C/M by Chambers. (kn) [Entry date 01/29/02] |
| 01/28/02 | 172 | SUBSTITUTION of Attorney as to Sports South, Inc. Budd, Larner, Gross, Rosenbaum, Greenberg, & Sade, P.C. are substituted as attorneys for Sports South, Inc., in place of attorney Joanne M. Gray. *Docket sheet updated. (cnb) [Entry date 01/28/02] [Edit date 02/06/02] |
| | | |

| 01/30/02 | -- | Endorsed order, on document # 175, granting all motions. (Signed by Judge Jack B. Weinstein, on 1.16.02). C/M by Chambers. (cnb) [Entry date 01/30/02] |
| 02/08/02 | 184 | LETTER dated 2.05.02 from David L. Hashmall to All Counsel of Record enclosing a copy of the Admission for David L. Hashmall to practice Pro Hac Vice in the above-referened action. {w/enclosure}. (cnb) [Entry date 02/11/02] |
| 02/13/02 | -- | ORDER, a conference has been scheduled for 5.1.02 @ 1:30 p.m. to replace the March 4 conference. (Signed by Magistrate Cheryl L. Pollak, on 2.12.02). [Endorsed on letter, dated 2.11.02, from Elisa Barnes to USMJ Pollak]. SEE: civil case no. 99-cv-3999, document # 461, for further details. {w/attachments}. (cnb) [Entry date 02/13/02] [Edit date 02/13/02] |
| 02/21/02 | 185 | ORDER, that the motion for Jon M. Hopeman to appear pro hac vice is granted. (Signed by Judge Jack B. Weinstein, on 2.19.02). [Endorsed on Admission for Jon M. Hopeman to Practice Pro Hac Vice]. (cnb) [Entry date 02/22/02] |
| 02/25/02 | -- | (FAXED) UNSIGNED PROPOSED ORDER, which memorializes the amended discovery and motion schedule established at the telephone conference with the parties in both cases on 11.27.01. w/attached service list. SEE: civil case no. 99-cv-3999, document # 462, for further details. (cnb) [Entry date 02/25/02] |
| 02/25/02 | 186 | LETTER dated 2.22.02 from Jon H. Hopeman to counsel enclosing a copy of the Admission for Jon Hopeman to Practice Pro Hac Vice. {w/enc.} (cnb) [Entry date 02/26/02] |
| 03/06/02 | 187 | AFFIDAVIT of service by deponent Pat Herman, for the amended summons and the [45-1] third amended complaint, upon Ashland Shooting Supplies Inc. and ABN Sports Supply. (cnb) [Entry date 03/11/02] |
| 03/14/02 | 189 | ORDER, granting motion of Henry's Tackle, LLC, CSI Sports, LLC and All Sports, LLC, for leave to file third party complaint. (Signed by Judge Jack B. Weinstein, on 3.13.02). C/M by Chambers. (cnb) [Entry date 03/15/02] |
| 03/15/02 | 188 | ORDER, since no party objects, the motion for leave to file the third party amended complaint is granted w/o oral argument. (So ordered: Judge Jack B. Weinstein, on 3.14.02). [Endorsed on letter, dated 3.13.02, from Charles E. Bachman to USDJ Weinstein]. (cnb) [Entry date 03/15/02] |
| 03/26/02 | 190 | THIRD-PARTY COMPLAINT by Henry's Tackle, LLC, CSI Sports, LLC, & All-Sports, LLC against Continental Insurance Co., Transportation Insurance Co., & Fireman's Fund Insurance Co. [w/attached exhibits A-B]. {Forwarded to J. Lowe}. (cnb) [Entry date 03/26/02] [Edit date 03/26/02] |
| 03/26/02 | 191 | LETTER dated 3.20.02 from Elisa Barnes to USDJ Weinstein & USMJ Pollak advising of a change of address & telephone/fax numbers. Docket sheet updated. (cnb) [Entry date 03/26/02] |
| 03/27/02 | 192 | Notice of Address change from Chambers for Elisa Barnes, Counsel for Pltff. New address is: 111 Broadway, 4th Floor, New York, New York 10006. Phone #: 212- |

| | | |
|---|---|---|
| | | 693-2330; fax #: 212-693-2334. (mjv) [Entry date 03/27/02] |
| 04/19/02 | 193 | (FAXED) LETTER dated 4.17.02 from Elisa Barnes to Counselors enclosing a copy of Judge Weinstein's order dated 4.17.02. {w/enclosure}. (cnb) [Entry date 04/19/02] |
| 04/19/02 | 194 | ORDER: the attys for all parties shall appear on 5.02.02 @ 11:00 a.m. to set a schedule for completing preparation for trial, & to fix trial dates. (Signed by Judge Jack B. Weinstein, on 4.17.02). (cnb) [Entry date 04/26/02] |
| 04/19/02 | 195 | CONSENT MOTION by third-party defts and third-party pltffs to extend time to respond to third-party complaint of Henry's Tackle, LLC, CSI Sports, LLC & All Sports, LLC. No Motion hearing set. Motion file stamped: 4.19.02. (cnb) [Entry date 04/30/02] |
| 04/19/02 | 196 | CONSENT ORDER enlarging time: the Fireman's Fund shall respond to Henry's Tackle's Third-Party Complaint on or before 5.17.02. (Signed by Judge Jack B. Weinstein, on 4.24.02). C/M from Chambers. (cnb) [Entry date 04/30/02] |
| 04/23/02 | -- | LETTER dated 4.15.02 from Elisa Barnes to Counselors enclosing notices from Judge Weinstein's Chambers setting down conferences in these matters for 5.02.02 @ 11 a.m. {w/enclosures}. SEE: civil case no. 99-cv-3999, document # 471, for further details. (cnb) [Entry date 04/23/02] |
| 04/29/02 | -- | ORDER, granting third party defts. Contentinental Insurance Co. & Transportation Insurance Co. until and including 5.17.02 to file a response to the third party complaint. It is futher ordered that the consent motion for extension of time respond to third-party complaint of Henry's Tackle, LLC, CSI Sports, LLC & All Sports, LLC, is granted. (Signed by Judge Jack B. Weinstein, on 4.23.02). C/M by Chambers. [Annexed to document # 195] (cnb) [Entry date 04/30/02] |
| 04/29/02 | 198 | TENTATIVE ORDER to help structure discussions & supplement the undersigned's general pretrial order dated 4.10.02. (Signed by Judge Jack B. Weinstein, on 4.25.02). C/M from Chambers. (cnb) [Entry date 05/02/02] |
| 05/01/02 | 197 | ORDER, granting David L. Hashmall permission to appear at the conference scheduled for 5.1.02 @ 1:30 p.m. via telephone. (Signed by Magistrate Cheryl L. Pollak, on 4.30.02). [Endorsed on faxed letter, dated 4.30.02, from David L. Hashmall to USMJ Pollak] C/F by Chambers 4.30.02. (cnb) [Entry date 05/01/02] |
| 05/02/02 | -- | Calendar entry: Before USDJ Weinstein on 5.02.02 at 11:00 a.m. case called for status conference held. Counsel for all sides present. Case marked ready for trial on 11.18.02 for cv-99-7037. Rulings on the record. Stay is continued as to cv-00-3641. SEE: civil case no. 97-cv-2730, doc. # 63, for further details. (cnb) [Entry date 05/10/02] |
| 05/06/02 | -- | (FAXED) LETTER dated 4.29.02 from R. Kent Henslee to USMJ Pollak enclosing a Joint Motion to Dismiss the Deft., Emco, Inc. {w/enclosed Joint Motion to and unsigned order}. [SEE: civil case no. 99-cv-3999, document # 479, for further details]. (cnb) [Entry date 05/06/02] |
| | | |

| | | |
|---|---|---|
| 05/06/02 | -- | (FAXED) LETTER dated 5.02.02 from Elisa Barnes to Counselors advising that the argument and determination of pltff's motion to compel BATF production is scheduled for 5.23.02 @ 10:00 a.m. before USDJ Weinstein. Also, inquiring as to whether additional time is necessary to complete their opposition. [SEE: civil case no. 99-cv-3999, document # 480, for further details] (cnb) [Entry date 05/06/02] |
| 05/06/02 | -- | LETTER dated 5.02.02 from Elisa Barnes to USDJ Weinstein enclosing pltff's motion and letter of 4.06.02 enclosing the recent decision of the Court of Appeals for the Seventh Circuit. SEE: civil case no. 99-cv-3999, attachment to doc. # 480, for further details. (cnb) [Entry date 05/06/02] |
| 05/08/02 | 199 | LETTER dated 4/30/02 from David Hashmall to Magistrate Judge Pollak, requesting permission to appear at the 5/1/02 conf. at 1:30 by telephone. (kdl) [Entry date 05/08/02] |
| 05/10/02 | -- | TRANSCRIPT of conference before USDJ Weinstein filed for date of 5.02.02. Counsel for all sides present. Official C/R: Mickey Brymer. SEE: civil case no. 97-cv-2730, document # 62, for further details. (cnb) [Entry date 05/10/02] |
| 05/17/02 | 200 | ORDER: to clarify this court's prior order, the parties are to appear on 5.31 @ 12:30 to discuss discovery and set a schedule. Discovery should proceed in the interim. (Signed by Magistrate Cheryl L. Pollak, on 5.31.02). [Endorsed on faxed letter, dated 5.16.02, from David Gross to USMJ Pollak]. C/F by Chambers on 5.16.02. (cnb) [Entry date 05/17/02] |
| 05/17/02 | 203 | MOTION by Fireman's Fund Insurance to dismiss and alternative motion to stay with incorporated memorandum of law. No Motion hearing Set. Motion file stamped: 5.17.02. {w/attached exhibits A-B}. (cnb) [Entry date 06/03/02] |
| 05/17/02 | 208 | MOTION by William White Jr., counsel for Fireman's Fund Insurance, to dismiss and alternative motion to stay with incorporated memorandum of law. Motion hearing set for 6.27.02 @ 11:00 a.m. Motion file stamped: 5.17.02. w/attached exhibits A-B]. *Returned to June Lowe. (cnb) [Entry date 06/07/02] |
| 05/21/02 | -- | ORDER the schedule for responses and depositions is as follows: responses from defts on all items not previously responded to by 6.17.02; depositions of defts, by videotape, starting 7/8 and continuing through the summer. (Signed by Magistrate Cheryl L. Pollak, undated). [Endorsed on faxed letter dated, 5.14.02, from Elisa Barnes to USDJ Weinstein]. C/F-ch on 5.15.02. SEE: civil case no. 99-cv-3999, document # 487, for further details. (cnb) [Entry date 05/21/02] |
| 05/21/02 | -- | MOTION by Elisa Barnes, counsel for NAACP, for reinstatement of claims against Bruce Jennings. Motion hearing set for 5.23.02 @ 10:00 a.m. Motion file stamped: 5.21.02. SEE: civil case no. 99-cv-3999, doc. # 495, for further details. (cnb) [Entry date 06/07/02] [Edit date 06/07/02] |
| 05/21/02 | -- | MEMORANDUM by Elisa Barnes, counsel for the NAACP, in support of Pltff's application to vacate the order of this court dismissing claims against Bruce Jennings, personally. [w/attached certificates of services, and exhibits A-G]. {Annexed to doc. #495, in civil case no. 99-cv-7037}. (cnb) [Entry date 06/07/02] |
| | | |

| 05/21/02 | -- | NOTICE of MOTION by Elisa Barnes, counsel for pltff NAACP, for consolidation and joinder of additional claims. Motion hearing set for 5.23.02 @ 10:00 a.m. Motion file stamped: 5.21.02. {w/attached memorandum in support & exhibit A}. SEE: civil case no. 99-cv-3999, doc. # 496, for further details. (cnb) [Entry date 06/07/02] [Edit date 06/07/02] |
|---|---|---|
| 05/22/02 | 201 | ORDER, granting David L. Hashmall permission to appear at the conference scheduled for 5.02.02 @ 11:00 a.m. via telephone. (Signed by Judge Jack B. Weinstein, on 4.20.02). [Endorsed on faxed letter, dated 4.30.02, from David L. Hashmall to USDJ Weinstein]. (cnb) [Entry date 05/22/02] |
| 05/23/02 | -- | Calendar entry: before USDJ Weinstein on 5.23.02 @ 11:30 a.m. case called for various relief motion hearing. For pltff.: Elisa Barnes et al. For deft.: David Gross et al. Counsel for all sides present. Motion argued. Decision on the record. Dispositive motions will be heard 8.30.02. SEE: civil case no. 99-cv-3999, document # 494, for further details. (cnb) [Entry date 06/05/02] |
| 05/23/02 | 205 | (FAXED) LETTER dated 5.22.02 from David Gross to USDJ Weinstein advising that o/b/o all the distributor-defts, they hereby agree with & adopt the position advanced by the manufacturer-defts in opposition to the motion to join new pltff to this action. (cnb) [Entry date 06/07/02] |
| 05/23/02 | 206 | LETTER dated 5.22.02 from Peter Johnson to USDJ Weinstein, o/b/o certain defts., objecting to pltffs' attempt to add the induividuals whose claims were dismissed by this court on 5.2.05 for failure to prosecute & advising that they have no objection to consolidating this case w/99-cv-3999. {w/attached svc list}. (cnb) [Entry date 06/07/02] |
| 05/28/02 | 212 | STIPULATION and ORDER, dismissing this action w/o prejudice as against the defts McGee's Inc. and Worldwide Sports Network. (cnb) [Entry date 06/12/02] |
| 05/31/02 | 202 | LETTER dated 5.14.02 from Elisa Barnes to Ms. Lowe requesting an adjournment of the conference scheduled for 5.17.02 until 6.20.02. (cnb) [Entry date 05/31/02] |
| 06/03/02 | 204 | MOTION by Alamo Leather Goods, Brazas Sporting Arms, Chattanooga Sports, Hill Country Wholesa, L.M. Burney, SG Distributing, Sport's, Inc., Valor Corp. to dismiss for lack of specific personal jurisdiction (de Minimus); Motion hearing not set. (fwd'd to JBW) (tl) [Entry date 06/06/02] |
| 06/03/02 | -- | LETTER dated 5.31.02 from Elisa Barnes to USMJ Pollak enclosing copies of various discovery decisions in Hamilton v. Accu-tek. {w/o encl.} SEE: civil case no. 99-cv-3999, document # 501, for further details. (cnb) [Entry date 06/07/02] |
| 06/03/02 | -- | BUREAU of Alcohol, Tobacco and Firearms' memorandum of law, by Vincent Lipari, in opposition to plffs' motion for an order compelling disclosure of firearms trace database. *Returned to June Lowe. SEE: civil case no. 99-cv-3999, # 502, for further details. (cnb) [Entry date 06/07/02] [Edit date 06/07/02] |
| 06/04/02 | -- | NOTICE of Motion, by Elisa Barnes, for production of documents. Motion hearing set for 5.01.02 @ 1:30 p.m. Motion file stamped: 6.04.02. {w/attached memorandum in support, exhibits A-B, affidavits of Lucy Allen & Gerald Nunziato}. SEE: civil |

| | | |
|---|---|---|
| | | case no. 99-cv-3999, document # 504, for further details. (cnb) [Entry date 06/07/02] |
| 06/04/02 | 214 | MOTION by Stephen Feinberg, on behalf of Euclid Avenue Sales, to dismiss on de minimis grounds. No Motion hearing set. Motion file stamped: 6.04.02. {w/attached exhibits A-C, & certificate of service}. *Returned to June Lowe}. (cnb) [Entry date 06/17/02] |
| 06/05/02 | -- | NOTICE of MOTION by Brian Bender, counsel for Wharehouse 610, to dismiss this action for lack of personal jurisdiction. Motion hearing set for 6.27.02 @ 9:30 a.m. Motion file stamped: 6.05.02. {w/attached affirmation in support & exhibits A-F}. SEE: civil case no. 99-cv-3999, document # 505, for further details. (cnb) [Entry date 06/07/02] [Edit date 06/07/02] |
| 06/05/02 | -- | MEMORANDUM, by Brian Bender, Esq. in support of the [0-1] motion to dismiss this action for lack of personal jurisdiction. SEE: civil case no.: 99-cv-3999, doc. # 514, for further details. (cnb) [Entry date 06/12/02] |
| 06/07/02 | 207 | (FAXED) LETTER dated 5.31.02 from Anthony M. Pisciotti to USDJ Weinstein advising that Cabela's Inc. moves for an order of dismissal. {w/attachments}. *Returned to June Lowe. (cnb) [Entry date 06/07/02] |
| 06/07/02 | 209 | LETTER dated 5.30.02 from Charles Bachman to USDJ Weinstein advising that defts All Sports, LLC and CSI, LLC moves for an order dismissing the above entitled action on the ground of lack of personal jurisdiction (de minimis). {w/attached exhibits A-C}. *Returned to June Lowe. (cnb) [Entry date 06/07/02] |
| 06/10/02 | 210 | LETTER dated 5.31.02 from Richard Leamy to USDJ Weinstein advising that the deft. Farber Brothers, Inc. moves for an order dismissing the Pltff's Third Amended Complaint on the basis of lack of jurisdiction. {w/attached exhibits A-C}. *Returned to June Lowe. (cnb) [Entry date 06/10/02] |
| 06/10/02 | 211 | AFFIDAVIT, by Susan M. Perlinski, for the [210-1] correspondence addressed to USDJ Weinstein, moving for an order dismissing pltff's 3rd Amended Complaint o/b/o Faber Brothers. {w/attached service list}. *Returned to June Lowe. (cnb) [Entry date 06/10/02] |
| 06/10/02 | 216 | STIPULATION and ORDER: the above entitled action is hereby dismissed w/o prejudice as against defts Mcgees' Inc. and Worldwide Sports Network only, w/o interest costs or disbursements. (Signed by Judge Jack B. Weinstein, on 5.31.02). C/M-CH. Note: the endorsed order reads "close the case." However, Chambers indicated that the case is still pending. (cnb) [Entry date 06/19/02] |
| 06/12/02 | -- | ORDER: the request for an adjournment of the 8.30.02 date for dispositive motions is respectfully referred to the magistrate judge for decision. (Signed by Judge Jack B. Weinstein, on 6.10.02). [w/attachments]. {Endorsed on letter, dated 6.07.02, from Elisa Barnes to USDJ Weinstein}. SEE: civil case no. 99-cv-3999, document # 508, for further details. (cnb) [Entry date 06/12/02] [Edit date 06/17/02] |
| 06/12/02 | 234 | (COPY) FIFTH AMENDED and CONSOLIDATED COMPLAINT by National Association, amending the [45-1] amended complaint against ABN Shooting Sports, & MKS Supply, Inc. (cnb) [Entry date 07/11/02] |

| 06/17/02 | 215 | SUBSTITUTION of COUNSEL, substituting attorney terminated attorney David R. Gross for Bill Hick's and Co., attorney David L. Hashmall for Bill Hick's and Co., attorney Jon M. Hopeman for Bill Hick's and Co., attorney Andrew M. Luger for Bill Hick's and Co. Added Christopher M. Chiafullo. (cnb) [Entry date 06/19/02] |
|---|---|---|
| 06/18/02 | -- | LETTER dated 6.07.02 from Elisa Barnes to USDJ Weinstein seeking clarification and proposing a slightly amended schedule for motions and concomitantly discovery, per the 6.03.02 order of USMJ Pollak. {w/attachments}. SEE: civil case no. 99-cv-3999, doc. # 522, for further details. (cnb) [Entry date 06/18/02] |
| 06/18/02 | -- | MEMORANDUM of Law by Elisa Barnes, counsel for the National Association of the Advancement of Colored People, in opposition to motions to dismiss by certain defts on the grounds of lack of personal jurisdiction and de minimis participation in the market. {w/attached exhibit A & additional docs.} *SEE: civil case no. 99-cv-3999, doc. # 529, for further details. (cnb) [Entry date 07/12/02] |
| 06/19/02 | 217 | TRANSCRIPTION filed for Motion before Hon. Jack B. Weinstein for dates of May 23, 2002. Official Court Reporter: Henry Shapiro. For transcript see CV-97-2730, docket #68. (sl) [Entry date 06/19/02] |
| 06/19/02 | 218 | MEMORANDUM, by Charles E. Bachman, counsel for Henry's Tackle, LLC, CSI Sports, LLC, & All-Sports, LLC in opposition to Fireman's Fund [208-1] motion to dismiss and alternative motion to stay. {w/attached letter}. *CC June Lowe. (cnb) [Entry date 06/19/02] |
| 06/24/02 | -- | MEMORANDUM by Elisa Barnes, counsel for the National Association for the Advancement of Colored People, in opposition to the motion for a protective order and to vacate deposition notices for B. L. Jennings, Inc., Bryco Arms, Inc. Bruce Jennings and Janice Jennings. {w/attachments}. SEE: civil case no. 99-cv-3999, doc. # 538, for further details. (cnb) [Entry date 06/24/02] |
| 06/24/02 | -- | Endorsed order, on copy of doc. # 209. Set for hearing at our next meeting. (Signed by Judge Jack B. Weinstein, on 6.20.02). *Returned to June Lowe. (cnb) [Entry date 06/24/02] |
| 06/24/02 | 219 | DECLARATION by Alfred R. Dehler, General Manager of CSI Sports, LLC in support of CSI Sports' Motion to Dismiss Pltff's Consolidated Fourth Amended complaint for lack of personal jurisdiction over deft, CSI Sports. *Forwarded to June Lowe. (cnb) [Entry date 06/24/02] |
| 06/24/02 | -- | TRANSCRIPT of civil cause before USMJ Pollak for conference filed for date of 5.31.02. Counsel for all sides present. C/T: Elizabeth Barron. SEE: civil case no. 99-cv-3999, doc. # 542, for further details. (cnb) [Entry date 06/26/02] |
| 06/24/02 | 222 | LETTER dated 6.21.02 from Jeffrey Malsch to USDJ Weinstein requesting that the Court issue an order dismissing pltff's claims against Cabela's Inc. w/prejudice. {w/attached exhibit A}. *Returned to June Lowe. (cnb) [Entry date 06/26/02] |
| 06/24/02 | 224 | LETTER/REPLY memorandum, by Richard Leamy, Jr. in support of Riley's motion to dismiss for lack of personal jurisdiction. {w/attachments}. *Returned to June Lowe. (cnb) [Entry date 06/26/02] |

| 06/24/02 | -- | LETTER/REPLY, by David R. Gross, to plaintiff's opposition to certain distributor-defts' motion to dismiss for lack of personal jurisdiction under CPLR 302 (De Minimis). SEE: civil case no. 99-cv-3999, doc. # 543, for further details. (cnb) [Entry date 06/26/02] |
|---|---|---|
| 06/25/02 | 220 | LETTER dated 6.20.02 from Charels E. Bachman to USDJ Weinstein o/b/o defts All Sports, LLC and CSI Sports, LLC in response to pltff's memorandum of law in opposition to motions to dismiss by certain defts on the grounds of lack of personal jurisdiction and de minimis participation in the market. {w/attached exhibits A-C}. *Returned to June Lowe. (cnb) [Entry date 06/25/02] |
| 06/25/02 | -- | Endorsed order, on doc. # 220. Put on calendar for next meeting. (Signed by Judge Jack B. Weinstein, on 6.24.02). (cnb) [Entry date 06/25/02] |
| 06/25/02 | -- | Affirmation, of Brian A. Bender, in reply to plaintiff's "opposition" to Warehouse 610's Motion to dismiss for lack of personal jurisdiction. SEE: ECF case no. 99-cv-3999, doc. no. 554, for further details. (cnb) [Entry date 07/12/02] |
| 06/25/02 | -- | Memorandum of Law, by Brian Bender, in reply to plaintiff's "opposition" to the motion to dismiss for lack of personal jurisdiction filed by defendant Warehouse 610. SEE: ECF case no. 00-cv-3999, doc. # 555, for further details. (cnb) [Entry date 07/12/02] |
| 06/25/02 | -- | Certificate of Service, for the Fifth Amended Complaint, filed by Elisa Ann Barnes on behalf of National Association for the Advancement of Colored People. SEE: ECF case no. 99-cv-3999, doc. # 556, for further details. (cnb) [Entry date 07/12/02] |
| 06/26/02 | 221 | (COPY) NOTICE of motion by Elisa Barnes, counsel for plaintiff NAACP, for a protective order. (cnb) [Entry date 06/26/02] |
| 06/26/02 | -- | Endorsed order, on document # 221. Defts wishing to respond shall do so on or before 7.01.02. Pltff's time to respond to outstanding discovery requests is extended pending a ruling on the motion. (Signed by Magistrate Cheryl L. Pollak, on 6.25.02). (cnb) [Entry date 06/26/02] |
| 06/26/02 | 223 | LETTER dated 6.21.02 from Jeffrey Malsch to USDJ Weinstein requesting that the Court issue an Order dismissing pltff's claims against The Sportsman's Guide, Inc. w/prejudice. {w/attached exhibit A}. *Returned to June Lowe. (cnb) [Entry date 06/26/02] |
| 06/26/02 | 227 | Disclosure of interested parties by Fireman's Fund Insurance Co. {w/attached certificate of service}. *Forwarded to June Lowe. (cnb) [Entry date 06/28/02] |
| 06/27/02 | 226 | CONSENT ORDER enlarging time: 3rd pty pltffs Henry's Tackle, LLC; CSI Sport, LLC; and ALL Sports, LLC, and 3rd pty deft Fireman's Fund Insurance Co. stipulate and agree that Henry's Tackle shall respond to Fireman's Fund's motion to dismiss & alternative motion to stay w/inc. memorandum of law on or before 6.19.02. (Signed by Judge Jack B. Weinstein, on 6.17.02). (cnb) [Entry date 06/27/02] |
| 06/27/02 | 228 | STIPULATION of discontinuance: pltff's claims against Cabela's Inc. are hereby |

| | | |
|---|---|---|
| | | discontinued w/o prejudice. (Signed by Judge Jack B. Weinstein, undated). (cnb) [Entry date 07/01/02] |
| 06/27/02 | 229 | Calendar entry: before USDJ Weinstein on 6.27.02 @ 11:00 a.m. case called for motion for various relief hearing. For pltff: Elisa Barnes. For Deft: David Gross et al. Motion argued. Order to be submitted by the parties. Decisions on the record. Further hearing 7.11.02 @ 10:00. (cnb) [Entry date 07/01/02] |
| 06/28/02 | 231 | STIPULATION of discontinuance: the pltff's claims against deft Sportsman's Guide, Inc. are hereby discontinued w/o prejudice. (Signed by Judge Jack B. Weinstein, undated). (cnb) [Entry date 07/02/02] |
| 06/28/02 | 232 | ORDER TO SHOW CAUSE: for the reasons stated orally on the record, motions to dismiss by the following parties are denied, with leave to renew if further information becomes available: Almo Leather Goods, Inc.; Brazas Sporting Arms., Inc.; Hicks, Inc.; Chattanooga Sports Supply; Euclid Avenue Sales Co.; Farber Brothers, Inc.; Riley's Inc.; & Valor Corp. For the reasons stated orally on the record, motions to dismiss by the following parties are granted, w/leave for the pltff to introduce them if further information becomes available: All Sports LLC; CSI Sports; Hill County Wholesale; L.M. Burney, Inc.; S.G. Distributing; Wharehouse 610 d/b/a Cheryl Hinnenkamp. The following parties are dismissed w/o prejudice by stipulation of the parties, and for the reasons stated orally on the record: Cabela's Inc.; Sports, Inc.; & Sportman's Guide, Inc. (Signed by Judge Jack B. Weinstein, on 6.28.02). C/M-CH (cnb) [Entry date 07/02/02] |
| 06/28/02 | -- | Letter dated 6.28.02 from David R. Gross to USMJ Pollak stating reasons why the pltff's application for a protective order should be denied in it entirety. {w/attached exhibit A}. SEE: ECF case no. 99-cv-3999, doc. # 564, for further details. (cnb) [Entry date 07/12/02] |
| 06/28/02 | 237 | MANUFACTURER DEFENDANT'S opposition to plaintiff's motion for protective order and cross-motion for sanctions. {w/attached exhibits A-G}. SEE: ECF case no. 99-cv-3999, doc. # 565, for further details. (cnb) [Entry date 07/16/02] |
| 06/28/02 | -- | Order; endorsed on, the manufacturer defendants' opposition to plaintiff's motion for protective order and cross-motion for sanctions, doc. # 565. Respectfully referred to Magistrate Judge. Case is set for Nov. trial. Discovery needs to be completed. (So Ordered: Judge Jack B. Weinstein, dated 7.08.02). SEE: ECF case no. 99-cv-3999, doc. # 565, for further details. (cnb) [Entry date 07/16/02] |
| 07/01/02 | 230 | STIPULATION of extension of time to answer 5th Amended & Consolidated Complaint: extending defts' time to answer until 30 days following the Court's decision & entry of order on defts' standing motions. (Signed by Judge Jack B. Weinstein, on 6.28.02). (cnb) [Entry date 07/01/02] |
| 07/01/02 | -- | TRANSCRIPT of motions before USDJ Weinstein filed for date of 6.27.02. Counsel for all sides present. C/R: Sheldon Silverman. SEE: ECF case no. 99-cv-3999, document # 552, for further details. (cnb) [Entry date 07/08/02] |
| 07/01/02 | 235 | (COPY) MEMORANDUM and ORDER: at the hearing scheduled for 7.11.02 @ 10:00 a.m. on the order to show cause issued 6.28.02, the court will hear any |

| | | witnesses & examine any evidence the parties or interested persons present. (Signed by Judge Jack B. Weinstein, on 7.01.02). C/M-CH (cnb) [Entry date 07/12/02] |
|---|---|---|
| 07/02/02 | 233 | REPLY MEMORANDUM OF LAW by Fireman's Fund Insurance in further support of the [203-1] motion to dismiss and alternative motion to stay. *Forwarded to June Lowe. (cnb) [Entry date 07/09/02] |
| 07/08/02 | -- | TRANSCRIPT filed for Motion before Hon. Jack B. Weinstein for dates of 06/27/02. CSR: Sheldon Silverman. For transcript see CV-99-3999 docket # 549. (sl) [Entry date 07/08/02] [Edit date 07/09/02] |
| 07/10/02 | -- | MEMORANDUM of Law by AUSA Vincent Lipari, in opposition to the [232-1] order to show cause for disclosure of firearms tracing system databases. {w/attached exhibit A}. SEE: ECF case no. 99-cv-3999, doc. # 574, for further details. (cnb) [Entry date 07/15/02] |
| 07/10/02 | -- | DECLARATION, of Terrence P. Austin, Chief of the National Tracing Center (NTC), a Division of the Bureau of Alcohol, Tobacco & Firearms (ATF), U.S. Dept. of Treasury. SEE: ECF case no. 99-cv-3999, doc. # 583, for further details. (cnb) [Entry date 07/22/02] |
| 07/10/02 | 249 | MOTION by Stuart Peacock and Amanda B. Wheeler for admission pro hac vice for the limited purpose of representing Fireman's Fund Insurance Co. [Fee #: 25.00; Receipt: 264768 (Peacock) Fee #: 25.00 Receipt #: 264769 (Wheeler). No Motion hearing set. File stamped: 7.10.02. {w/attachments}. (cnb) [Entry date 08/01/02] |
| 07/11/02 | -- | Calendar entry: before USDJ Weinstein on 7.11.02 case called for motion for various relief hearing. Counsel for all sides present. Motion argued. Decision entered on the record. SEE: ECF case no. 99-cv-3999, doc. # 585, for further details. (cnb) [Entry date 07/23/02] |
| 07/12/02 | -- | (FAXED) Letter dated 6.26.02 from Elisa Barnes to USMJ Pollak requesting the court's intervention to resolve deposition matters. {w/attachments}. SEE: ECF case no. 99-cv-3999, doc. # 569, for further details. (cnb) [Entry date 07/12/02] |
| 07/12/02 | 241 | MEMORANDUM of Law by the National Association for the Advancement of Colored People (NAACP) in support of its motion for a protective order. (cnb) [Entry date 07/23/02] |
| 07/15/02 | 236 | ORDER, the depositions of defts shall proceed in accordance w/the attached schedule. (Signed by Magistrate Cheryl L. Pollak, on 7.11.02). *SEE: attached deposition schedule for further details. (cnb) [Entry date 07/15/02] |
| 07/15/02 | 238 | MEMORANDUM and ORDER: the court appoints Daniel Dockery as special master to assist the parties & BATF to identify certain issues w/specificity. The pltffs & defts, as groups, are each ordered to submit, by 7.18.02, the names of 1 or 2 experts each for the limited purpose of identifying which data elements maintained by BATF can reasonably be expected to be necessary for the parties' trial experts to prepare their opinions. Should any party require its own expert to participate in the discussions with the special master, the other experts & BATF, it shall apply to the court by order to show cause on 24-hr. ntc. (Signed by Judge Jack B. Weinstein, on |

| | | |
|---|---|---|
| | | 7.15.02). C/M-CH (cnb) [Entry date 07/16/02] |
| 07/15/02 | -- | AFFIDAVIT of William M. Griffin III, in support of the his application for admission pro hac vice. {w/attached Exhibit A; Certificate of Service; & Proposed Order}. (cnb) [Entry date 08/02/02] |
| 07/17/02 | 239 | ORDER, granting Lawrence Greenwald's request to delete the reference of Beretta Holding S.p.A. from the 7.25th entry on the order. (Signed by Magistrate Cheryl L. Pollak, on 7.16.02). [Endorsed on letter, dated 7.15.02, from Lawrence S. Greenwald to USMJ Pollak]. C/F-Ch 7.16.02. {w/attached letter}. (cnb) [Entry date 07/17/02] |
| 07/17/02 | 242 | STIPULATION of discontinuance w/o prejudice between plaintiffs & American Arms, Inc., each party to bear its own costs. (Signed by Judge Jack B. Weinstein, dated: 7.16.02). C/M-CH {w/attached letter}. (cnb) [Entry date 07/23/02] |
| 07/17/02 | -- | Letter dated 7.03.02 from Charles E. Bachman to USMJ Pollak requesting that the court not impose a date for deft Henry's Tackle, LLC's deposition. SEE: ECF civil case no. 99-cv-3999, doc. # 594, for further details. (cnb) [Entry date 07/23/02] |
| 07/19/02 | 248 | AMENDED MEMORANDUM & ORDER: issued in response to objections & suggestions made by deft's communications of 7.17 & 7.18.02. It replaces and supercedes the memorandum & order of 7.15.02. Daniel Dockery is appointed as special master. Should, however, any party require its own expert to participate in the discussions with the special master, the other experts & BATF, it shall apply to the court by order to show cause on 24-hr. ntc. (Signed by Judge Jack B. Weinstein on 7.19.02). *SEE doc. for further details. (cnb) [Entry date 08/01/02] |
| 07/22/02 | 240 | (FAXED) LETTER dated 7.17.02 from Cathlene A. Tharp to USDJ Weinstein advising that the Continental Insurance Co. & Transportation Co. (CNA) agrees w/Fireman's Fund that this action should be stayed as to CNA as well as Fireman's Fund. *Returned to June Lowe. (cnb) [Entry date 07/22/02] |
| 07/22/02 | -- | TRANSCRIPT of motions before USDJ Weinstein filed for date of 6.27.02. Counsel for all sides present. C/R: Sheldon Silverman. SEE: ECF case no. 99-cv-3999, doc. # 600, for further details. (cnb) [Entry date 07/24/02] |
| 07/22/02 | -- | CERTIFICATE OF SERVICE, by deponent Kevin R. Daniels, for service of (a) Defts' Notice of Motion, (b) Letter Memorandum; and (c) Certification of Service, upon Elisa Barnes and various defense counsel. SEE: ECF case no. 99-cv-3999, doc. # 611, for further details. (cnb) [Entry date 08/07/02] |
| 07/22/02 | -- | NOTICE of MOTION by Christopher M. Chiafullo, counsel for Acusport Corporation & 23 Distributor-Defts to dismiss under Fed. R. Civ. Pro. 12(b). Motion hearing set for 8.30.02. Motion file stamped: 7.22.02. SEE: ECF case no. 99-cv-3999, doc. # 658, for further details. (cnb) [Entry date 08/15/02] |
| 07/23/02 | 250 | NOTICE of Cross-Motion by Peter Johnson, counsel for Jerry's defendants, to Dismiss under Fed R. Civ. Pro 12(b). SEE: ECF case no. 99-7037, doc. # 612, for further details. (cnb) [Entry date 08/07/02] |
| | | |

| 07/24/02 | 243 | ORDER: approved. Stay to include to CNA. (Signed by Judge Jack B. Weinstein, on 7.23.02). [Endorsed on letter, dated 7.17.02, from Cathlene A. Tharp to USDJ Weinstein]. C/M-CH *Returned to June Lowe. (cnb) [Entry date 07/25/02] |
| --- | --- | --- |
| 07/24/02 | -- | Letter dated 7.24.02 from Elisa Barnes to USMJ Pollak requesting a telephone conference w/the court and counsel for Bruce Jennings, Bryco & B.L. Jennings to resolve various discovery problems. SEE: ECF case no. 99-cv-3999, doc. # 614, for further details. (cnb) [Entry date 08/07/02] |
| 07/24/02 | -- | Order; endorsed on letter, dated 7.24.02, from Elisa Barnes to USDJ Weinstein. Adjournment of the motion to reinstate pltff's claims against Bruce Jennings individually, from 7.29.02 until 8.30.02, is granted. (Signed by Judge Jack B. Weinstein, on 7.24.02). C/F-CH (cnb) [Entry date 08/07/02] |
| 07/26/02 | 244 | ORDERED that: 3rd party defts alternative motion to stay is granted, and thus matter is stayed as to 3rd party defts Fireman's Fund Insurance Co., Continental Insurance Co., and Transportation Insurance Co. pending further order of this court. (Signed by Judge Jack B. Weinstein, on 7.25.02). C/M-CH (cnb) [Entry date 07/26/02] |
| 07/26/02 | 245 | ORDER, granting admission of Cathelene A. Tharp to appear pro hac vice as counsel for Continental Insurance Co. and Transportation Insurance Co. Fee #: 25.00; Receipt #: 2639991. (Signed by Judge Jack B. Weinstein, on 7.15.02). {w/attached notice of motion, affidavit in support, exhibits A-B}. C/M-CH (cnb) [Entry date 07/30/02] |
| 07/26/02 | 247 | ORDER appointing Brian Kush, CPA, Vice President of AuditWatch, Inc., Timothy McInerney, CPA, DBA, a principal of Weiser Consulting, LLC, to represent "JERRY'S" interests solely in connections w/the procedures that the court has ordered w/respect to BATF. (Signed by Judge Jack B. Weinstein, on 7.18.02). {w/attached curriculum vitaes}. [Endorsed on letter, dated 7.17.02, from Peter Johnson to USDJ Weinstein]. C/M-CH (cnb) [Entry date 07/31/02] |
| 07/30/02 | 252 | ORDER, approving Prescott L. Nottingham's motion to appear pro hac vice as counsel for defts Taurus International Manufacturing, Inc., Forjas Taurus, S.A., Taurus Holding, Inc., Braztech International & Heritage Manufacturing Inc.; Fee #: 25.00; Receipt #: 264777. (Signed by Judge Jack B. Weinstein, on 7.29.02). [Endorsed on letter, dated 7.25.02, from Denise M. Arriaga to Clerk]. {w/attached notice of motion to appear pro hac vice, affidavits in support, & additional docs.} (cnb) [Entry date 08/14/02] |
| 07/31/02 | 246 | ORDER, granting deft Heckler & Koch, Inc.'s request that the date for the deposition of H & K's rep. be changed to 8.29.02. (Signed by Magistrate Cheryl L. Pollak, on 7.29.02). [Endorsed on faxed letter dated, 7.26.02, from James V. Marks to USMJ Pollak]. C/F-CH on 7.29.02. (cnb) [Entry date 07/31/02] |
| 07/31/02 | -- | Endorsed order, on doc. # 249, granting the motion for admission pro hac vice. (Signed by Judge Jack B. Weinstein, on 7.11.02). (cnb) [Entry date 08/01/02] |
| 07/31/02 | -- | ORDER: granting William M. Griffin III, permission to appear pro hac vice as counsel on behalf of defts Browning Arms Co. & Arms Technology, Inc. Fee #: |

| | | |
|---|---|---|
| | | 25.00; Receipt #: 264130. (Signed by Judge Jack B. Weinstein, on 7.16.02). [Endorsed on Notice of Motion to Admit Counsel Pro Hac Vice]. SEE: ECF case no. 99-cv-3999, doc. # 603, for further details. Note: Browning Arms Co. & Arms Technology, Inc. are not parties in this case. (cnb) [Entry date 08/02/02] |
| 07/31/02 | -- | NOTICE of filing of Motion to Compel 30 (b)(6) Deposition of Pltff NAACP by Sturm, Ruger & Company. {w/attached Service List}. SEE: ECF case no. 99-cv-7037, doc. # 618, for further details. (cnb) [Entry date 08/07/02] |
| 08/02/02 | -- | Letter dated 6.07.02 from James Tenney to USMJ Pollak advising that pltff's has agreed to w/draw pltff's sanctions application against Jerry's. SEE: ECF case no. 99-cv-3999, doc. no. 620, for further details. (cnb) [Entry date 08/07/02] |
| 08/02/02 | -- | Letter dated 7.18.02 from Leonard Rosenbaum to USDJ Weinstein objecting to the procedures outlined in the Court's 7.15 order. SEE: ECF case no. 99-cv-3999, doc. # 623, for further details. (cnb) [Entry date 08/07/02] |
| 08/02/02 | -- | Letter dated 7.18.02 from David R. Gross to USDJ Weinstein advising that the 23 distributor defts, and as authorized by counsel for Riley's Inc., Faber Brother, Inc., and Henry's Tackle, LLC, hereby agree w/& adopt the position advanced by the manufacturer-defts in their letter to Your Honor objecting to the court's order dated 7.15.02. SEE: ECF case no. 99-cv-7037, doc. # 624, for further details. (cnb) [Entry date 08/07/02] |
| 08/02/02 | -- | Letter dated 7.19.02 from La Juanna Taylor to Mr. Orlow and Mr. Lipari enclosing a provisonal request for data contained in the Bureau of Alcohol, Tobacco & Firearms Tracing System. {w/attached provisional request}. SEE: ECF case no. 99-cv-3999, doc. no. 625, for further details. (cnb) [Entry date 08/07/02] |
| 08/02/02 | -- | LETTER dated 7.22.02 from Leonard Rosenbaum to USDJ Weinstein outlining the reasons why the defts must continue to object to the procedures set out in the court's 7.19 order. SEE: ECF case no. 99-cv-3999, doc. no. 627, for further details. (cnb) [Entry date 08/08/02] |
| 08/02/02 | -- | Letter dated 7.22.02 from David R. Gross to USDJ Weinstein advising that the 23 distributor defts & as authorized by counsel for Riley's, Inc., Faber Brothers, Inc., & Henry's Tackle, LLC, hereby agree w/& adopt the position advanced by the manufacturer deft's in their letter objecting to the Court's order dated 7.15.02 & the Court's Amended Memorandum & Order dated 7.19.02. SEE: ECF case no. 99-cv-3999, doc. no. 628, for further details. (cnb) [Entry date 08/08/02] |
| 08/02/02 | -- | ORDER; endorsed on letter dated 7.24.02 from Elisa Barnes to USMJ Pollak. Telephone conference scheduled for 8.02 @ 9:30. (So Ordered: Magistrate Cheryl Pollak, undated). C/F-CH 7.26.02. SEE: ECF case no. 99-cv-3999, doc. no. 629, for further details. (cnb) [Entry date 08/08/02] |
| 08/02/02 | -- | LETTER dated 7.24.02 from David R. Gross to USDJ Weinstein advising that Riley's, Inc., Faber Brothers, Inc., & Henry's Tackle, LLC., were inadvertently ommitted from the formal ntc. of motion for dismissal. Therefore, it is requsted that the court include the aforementioned in any rulings pertaining to the motion to dismiss. SEE: ECF case no. 99-cv-3999, doc. # 630, for further details. (cnb) [Entry |

| | | |
|---|---|---|
| | | date 08/08/02] |
| 08/02/02 | -- | LETTER dated 7.29.02 from Lawrence S. Greenwald to USMJ Pollak requesting that the court order the same relief for his client, Fabbrica D'Armi Pietro Beretta S.p.A., as Ms. Kimball requests in her letter, dated 7.26.02. SEE: ECF case no. 99-cv-3999, doc. # 632, for further details. (cnb) [Entry date 08/08/02] |
| 08/02/02 | -- | LETTER dated 7.30.02 from Lawrence S. Greenwald to USMJ Pollak in opposition to pltff's request to limit all defts, in the aggregate, to one deposition under RULE 30 (b)(6) & urging the court to allow the RULE 30 (b)(6) deposition to go forward. {w/attached notice of deposition}. SEE: ECF case no. 99-cv-3999, doc. no. 7.30.02, for further details. (cnb) [Entry date 08/08/02] |
| 08/07/02 | -- | MEMORANDUM of Law, by David R. Gross, in support of the Distributor-Defendants Motion to dismiss under Fed. R. Civ. Pro 12(b). SEE: ECF case no. 99-cv-3999, doc. no. 610, for further details. (cnb) [Entry date 08/07/02] [Edit date 08/07/02] |
| 08/07/02 | 257 | CROSS MOTION by Farber Brothers, Inc, Riley's, Inc. to dismiss. Motion hearing set for 8.30.02. *Returned to June Lowe. Note: this is doc. no. 654, in ECF case no. 99-cv-3999. (cnb) [Entry date 08/22/02] |
| 08/08/02 | -- | LETTER dated 07/26/02 from Robert E. Scott to Hon. Cheryl L.Pollak: Writing in response to Elisa Barnes' letter datedJuly 24, 2002 in which she makes numerous misrepresentationsand inaccurate statements regarding the discovery that hastaken place in this case as it relates to Bruce Jennings,Bryco Arms, Inc and B.L. Jennings, Inc. See: ECF case No. 99-cv-3999, doc # 640 for further details. (sl) [Entry date 08/02/02] |
| 08/08/02 | -- | LETTER dated 07/29/02 from Amber L. Achilles to Hon. CherylL. Pollak: The letter motion addressing plaintiff's Responsesto Defendants' Supplemental Interrogatories which was signedby attorney Anne G. Kimball did not contain a line indicatedthe case to which it pertained. Please make a note. See: ECF case no. 99-cv-3999, doc # 641 for further details. (sl) [Entry date 08/08/02] |
| 08/08/02 | -- | LETTER dated 08/08/02 from Lawrence S. Greenwald to Hon.Cheryl L. Pollak: Concuring with and fully supportingposition taken by Ms. Kimball and ask the Court to order thesame relief for my client as Ms. Kimball requests in herletter. See: ECF case no. 99-cv-3999, doc # 642 for further details. (sl) [Entry date 08/08/02] |
| 08/08/02 | -- | LETTER dated 07/30/02 from Elisa Barnes to Hon. Cheryl L.Pollak: Requesting that Court limit the plaintiff's deposition. See: ECF case no. 99-cv-3999, doc # 643 for further details. (sl) [Entry date 08/08/02] |
| 08/08/02 | -- | LETTER dated 07/30/02 from Anne G. Kimball to Hon. Cheryl L.Pollak: Requesting that Court set this matter for a hearingon core discovery issues later this week or on Monday of nextweek. See: ECF case no. 99-cv-3999, doc # 664 for further details. (sl) [Entry date 08/08/02] |
| 08/08/02 | -- | LETTER dated 07/30/02 from Lawrence S. Greenwald to Hon.Cheryl L. Pollak: Sending letter in opposition to plaintiff'srequest to limit all defendants, in the |

| | | |
|---|---|---|
| | | aggregate, to onedeposition under Rule 30(b)(6). See: ECF case no. 99-cv-3999, doc # 645 for further details. (sl) [Entry date 08/08/02] |
| 08/08/02 | -- | LETTER dated 08/01/02 from Elisa Barnes to Hon. Cheryl L.Pollak: Writing to add an agenda item to the two on fortomorrow morning's conference. See: ECF case no. 99-cv-3999, doc # 646 for further details. (sl) [Entry date 08/08/02] |
| 08/08/02 | -- | LETTER dated 08/02/02 from James P. Tenney to Hon. Cheryl L.Pollak: Letter in reference to several depositions. See: ECF case no. 99-cv-3999, doc # 647 for further details. (sl) [Entry date 08/08/02] |
| 08/08/02 | 251 | MEMORANDUM and ORDER: ordering the Clerk of Court to reimburse Daniel M. Dockery for performance of his duties, in 99-cv-7037, in connection w/a trip made at the undersigned's direction. $117.75 shall be reimbursed to the Court's travel account for airfare expenses & $441.69 shall be reimbursed directly to Daniel M. Dockery for lodging, ground transportation, & sustenance expenses incurred out-of-pocket. (Signed by Judge Jack B. Weinstein, on 8.08.02). (cnb) [Entry date 08/12/02] |
| 08/12/02 | -- | Letter dated 8.08.02 from Daniel Dockery, Special Master, to Counsel advising that a conference will be held @ 2:30 p.m. on 8.12.02, for the purpose of settling all outstanding discovery requests. C/M-CH. SEE: ECF case no. 99-cv-3999, doc. # 651, for further details. (cnb) [Entry date 08/12/02] |
| 08/14/02 | 254 | LETTER dated 8.09.02 from Erin O'Leary to USMJ Pollak enclosing a stipulation of discontinuance w/o prejudice as against American Arms, Inc., which was signed by USDJ Weinstein on 7.16.02 & requesting to be removed from the service list. {w/encl. stipulation}. (cnb) [Entry date 08/14/02] |
| 08/15/02 | -- | Order; endorsed on letter, dated 8.14.02, from Elisa Barnes to USMJ Pollak. The request for a one-day extension in pltff's time to provide defts with the supplemental interrogatory responses is granted. (Signed by Mag. Judge Cheryl L. Pollak, undated). C/M-CF 8.14.02. SEE: ECF case no. 99-cv-3999, doc. # 66 , for further details. (cnb) [Entry date 08/15/02] |
| 08/15/02 | 255 | MEMORANDUM and ORDER: the special master will file his final report on 8.17.02. Any interested party may submit to the court in writing any support of, or objections to, the final report w/supporting memoranda. Any papers shall be exchanged and filed no later than 8.30.02. On 9.05 @ 10:00 a.m., the court will hear argument on any objections to the final report and any other motions re: to discovery of data maintained by the Bureau of Alcohol, Tobacco, & Firearms. (Signed by Judge Jack B. Weinstein, on 8.14.02). *Returned to June Lowe. (cnb) [Entry date 08/15/02] [Edit date 08/15/02] |
| 08/15/02 | -- | [DRAFT] Report of the Special Master Regarding Certain Data Maintained by The Bureau of Alcohol, Tobacco and Firearms (BATF), submitted by Daniel Dockery. {w/attached exhibits 1-12}. SEE: ECF case no. 99-cv-3999, doc. no. 659, for further details. (cnb) [Entry date 08/15/02] |
| 08/16/02 | 256 | REPORT of the Special Master Regarding Certain Data Maintained by the Bureau of Alcohol, Tobacco, and Firearms (BATF), submitted by Daniel Dockery. |

| | | |
|---|---|---|
| | | {w/attached exhibits 1-12}. *Returned to June Lowe. (cnb) [Entry date 08/20/02] |
| 08/20/02 | -- | Memorandum of Law by Elisa Barnes, on behalf of pltff, in opposition to the motions by defts for dismissal pursuant to lack of subject matter jurisdiction, personal jurisdiction, & standing by pltff. {w/attached affirmation & exhibits A-L}. *SEE: ECF case no. 99-cv-3999, doc. # 661, for further details. (cnb) [Entry date 08/21/02] |
| 08/22/02 | 258 | ORDER: the report of the Special Master dated 8/16/2002 will be discussed at the argument in this court on 9/05/2002. (Signed by Judge Jack B. Weinstein, on 8/22/2002). (cnb) [Entry date 08/23/02] |
| 08/22/02 | 259 | ORDER: by 9.04.02, pltff shall submit a proposed order indicating the minimum discovery & secrecy order. Defts shall do the same. BATF shall submit a proposed order incorporating the maximum disclosure it can give & the minimum secrecy order that it can live with. (Signed by Judge Jack B. Weinstein, on 8/22/02). (cnb) [Entry date 08/23/02] |
| 08/23/02 | -- | Pltff's Second Supplemental Responses to Defendants' Interrogatories and document requests dated 7/03/02 filed by Elisa Ann Barnes on behalf of National Association for the Advancement of Colored People. SEE: ECF case no. 99-cv-3999, doc. no. 664, for further details. (cnb) [Entry date 08/23/02] |
| 08/26/02 | -- | Stipulation of dismissal: the above entitled action is hereby voluntarily dismissed w/o prejudice as against Henry's Tackle, LLC, only. (Signed by Judge Jack B. Weinstein, dated 8/21/2002). C/M-CH (w/attached letter) (cnb) [Entry date 08/27/02] |
| 08/28/02 | -- | Order; endorsed on EXHIBITS 1-9 of the Special Masters' Report. Exhibits attached to Special Masters' Report. Sent to all parties 8/14/2002 & 8/15/2002. (Signed by Judge Jack B. Weinstein, on 8/15/2002). *SEE: ECF case no. 99-cv-3999, doc. no. 667, for further details. (cnb) [Entry date 08/28/02] [Edit date 08/29/02] |
| 08/28/02 | -- | REPLY memorandum of law in support of the Manufacturing Defts' Joint Motion for Summary Judgment for Lack of Standing. Filed by Robert L. Joyce on behalf of Sigarms. *SEE: ECF case no. 99-cv-3999, doc. no. 669, for further details. (cnb) [Entry date 08/29/02] |
| 08/28/02 | -- | AFFIDAVIT in support of the Reply Memorandum of Law in Support of the Manufacturing Defts' Joint Motion for Summary Judgment for Lack of Standing. Filed by Robert Laurent Joyce on behalf of Sigarms, Inc. (w/attached exhibits A) *SEE: ECF Case no. 99-cv-3999, doc. no. 670, for further details. (cnb) [Entry date 08/29/02] |
| 08/29/02 | 260 | NOTICE of Law Firm Name & Address Change: O'Sullivan LLP will merge w/O'Melveny & Myers LLP as of 9.01.02. New address: O'Melveny & Myers LLP, Citigroup Center, 153 East 53rd Street, 54th Fl., N.Y., N.Y. 10022. New tel: 212-326-2000; New fax: 212-326-2061. Docket updated. (cnb) [Entry date 08/29/02] |
| 08/29/02 | -- | Case selected for Electronic Case Filing (ECF) all further proceedings will be entered on ECF docket. Please refer to www.nyed.uscourts.gov. At the request of |

M.J. Pollak. (tv) [Entry date 08/29/02]

[END OF DOCKET: 1:99cv7037]