January 20, 2003

Honorable Jack B. Weinstein
Senior District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      RE:  NAACP v. American Arms, et al., 99 Civ 3999 (JBW)
           NAACP v. AcuSport Corp. et al., 99 Civ 7037 (JBW)
           <u>Motion by Defendant Faber Bros. To File Third Party Complaint</u>

Dear Judge Weinstein:

     On behalf of plaintiff, NAACP, I write to advise the Court and defense counsel that plaintiff has no objection to the commencement of a third party action by defendant Faber Brothers Inc. against its insurer Massachusetts Bay Insurance Co.

                                        Respectfully submitted,

                                          Elisa Barnes

via fax and regular mail
cc:  Defense counsel via ECF