

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NAACP,

        Plaintiff,
-against-

AMERICAN ARMS, et al.
        Defendants

SUBPOENA IN A CIVIL CASE
99 Civ 3999 (JBW)
99 Civ 7037 (JBW)

------------------------------------------------------------X

TO:  New York City Law Department
      100 Church Street
      New York, New York 10007
      Attn: Ms. Gail Rubin, Assistant Corporation Counsel

      YOU ARE COMMANDED to produce and permit inspection and copying of the documents listed on the attached rider at the office of plaintiff's attorney, Law Office of Elisa Barnes, 111 Broadway, 4th Floor, NewYork, New York 10006 on the 3rd day of February 2003, pursuant to Rule 45 of the Federal Rules of Civil Procedure the following documents:

      All NYC Police Department records of incidents involving guns recovered by the NYPD in the City of New York for the period 1989 to the present, that are now in the possession of the New York City Law Department.

      In an action pending in the United States District Court for the Eastern District of New York, entitled NAACP v. American Arms, et al, 99 Civ 3999 (JBW) and NAACP v. AcuSport Corp., 99 Civ 7037 (JBW),

Dated: New York, New York
       January 29, 2003

SO ORDERED:

      [signature redacted] USMJ
      1/31/03

*Any objections or motions to quash shall be filed by 2/14, as well as papers supporting the need for the requested documents. Hearing on any motion to quash to be held on 2/18 at 9:30 am So Ordered [signature redacted] USMJ 1/31/03*

LAW OFFICE OF ELISA BARNES

[signature]
By: Elisa Barnes (EB4811)
Office and P.O. Address
111 Broadway, 4th Floor
New York, New York 10006
Tel: (212) 693-2330

FAXED 1/31/03