

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X

NATIONAL ASSOCIATION FOR THE  :  IN LIMINE
ADVANCEMENT OF COLORED PEOPLE,  :  EVIDENTIARY RULINGS
                                   MAY 5, 2003
        Plaintiff,   ORDER

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ MAY – 8 2003 ★
BROOKLYN OFFICE

– against –                  :   99 CV 3999 (JBW)

A.A. ARMS INC., et al.,

        Defendants.   :
------------------------------X
------------------------------X
                              :
NATIONAL ASSOCIATION FOR THE
ADVANCEMENT OF COLORED PEOPLE,  :

        Plaintiff,   :
                                   99 CV 7037 (JBW)
– against –                  :

ACUSPORT CORP., et al.,       :

                              :
        Defendants.
                              :
------------------------------X

APPEARANCES:

For Plaintiff National Association for the Advancement of Colored People (NAACP):

    Elisa Barnes
    111 Broadway
    New York, NY 10006

For Defendants AcuSport, Inc.; Alamo Leather Goods, Inc.; Bangers, LP; Bill Hick's & Co.; Brazas Sporting Arms, Inc.; Camfour, Inc.; Chattanooga Shooting Supplies, Inc.; Davidson's,

Inc.; Dixie Shooters' Supply, Inc.; Ellett Brothers, Inc.; Euclid Avenue Sales Co.; Hicks, Inc.; Interstate Arms Corp.; Kiesler's Police Supply, Inc.; Lew Horton Distributing Company, Inc.; Lipsey's, Inc.; MKS Supply Co.; Ron Shirk's Shooters Supply; RSR Management Corp.; RSR Group, Inc.; RSR Wholesale, Inc.; Southern Ohio Gun, Inc.; Sports South, Inc.; Valor Corporation; Walter Craig, Inc.; Williams Shooters Supply, Inc.; Zanders Sporting Goods, Inc.:

>Saiber Schlesinger Satz & Goldstein, LLC
>One Gateway Center, 13th Floor
>Newark, New Jersey 07102
>By: David R. Gross, Christopher M. Chiafullo

For Defendants Amadeo Rossi SA; Braztech International L.C.; Forjas Taurus SA; Heritage Manufacturing, Inc.; Taurus International Manufacturing; :

>Budd, Larner, Gross, Rosenbaum, Greenberg & Sade
>127 Peachtree St. NE, Suite 636
>Atlanta, GA 30303
>By: Timothy A. Bumann

For Defendants Arms Technology, Inc.; Beemiller, Inc. d/b/a Hi-Point Firearms; Bersa S.A.; Browning Arms Co.; Century International Arms, Inc.; Eagle Imports, Inc.; European American Armory Corp.; Glock G.m.b.H (Glock Ges.m.b.H.); Glock, Inc.; Haskell Co. (Haskell Manufacturing, Inc.); Import Sports, Inc.; Israel Military Industries (Israel Military Industries, Ltd.); K.B.I., Inc.; Kel-Tec CNC Industries, Inc.; Magnum Research, Inc.; Para-Ordnance, Inc.; Para-Ordnance Mfg. Inc.; SGS Imports Int'l Inc. (SGS Importers International, Inc.); Tanfoglio Fratelli S.r.L. (Fratelli Tanfoglio S.n.c.):

>Renzulli, Pisciotti & Renzulli, LLP
>300 East 42nd St.
>New York, NY 10017-5947
>By: John F. Renzulli, Leonard S. Rosenbaum

For Defendants B.L. Jennings, Inc.; Bryco Arms, Inc.:

>Morrison, Mahoney & Miller, LLP
>100 Maiden Lane 22nd Floor
>New York, NY 10038
>By: Brian Preston Heermance

>Semmes, Bowen & Semmes
>250 West Pratt St.
>Baltimore, MD 21201
>By: Lauren Lacey, Robert E. Scott, Jr.

    Bruinsma & Hewitt
    380 Clinton St., Unit C
    Costa Mesa, CA 92660
    By: Michael C. Hewitt

For Defendant Carl Walther GmbH:

    Goldberg, Kohn, Bell, Black, Rosenbloom
    55 East Monroe St., Suite. 3700
    Chicago, IL 60603
    By: Terry Moritz, Roger A. Lewis

    Balber, Pickard, Battistoni, Maldonado & Van Der Tuin, P.C.
    1370 Avenue of the Americas, 30th Floor
    New York, NY 10019-4602
    By: Thomas P. Battistoni

For Defendants Ceska Zbrojovka, A.S.; CZ-USA, Inc.; Excel Industries a/k/a Accu-Tek:

    Pino & Associates
    Westchester Financial Center
    50 Main St., 7th Floor
    White Plains, NY 10606
    By: Thomas Edward Healy

For Defendants Charco 2000, Inc.; International Armament Corp. d/b/a Interarms; L.W. Seecamp Company, Inc.; Uberti (U.S.A.), Inc.:

    Timothy G. Atwood
    273 Canal St.
    Shelton, CT 06484

For Defendant Colt's Manufacturing Company, Inc.:

    Jones Day
    2727 North Harwood St.
    Dallas, TX 75201
    By: Thomas E. Fennell, Michael L. Rice

    Pino & Associates
    Westchester Financial Center
    50 Main St., 7th Floor
    White Plains, NY 10606

By: Thomas Edward Healy

For Defendant Fabbrica d'Armi Pietro Beretta S.p.A.:

    Gordon, Feinblatt, Rothman, Hoffberger & Hollander , LLC
    233 East Redwood Street
    Baltimore, Maryland 21202
    By: Lawrence S. Greenwald, Catherine A. Bledsoe

For Defendants Faber Bros., Inc.; Riley's, Inc.:

    Salviano & Tobias, P.C.
    9 East 40th St. 15th Floor
    New York, NY 10016
    By: David G. Tobias

    Wiedner & McAuliffe, Ltd.
    One North Franklin St., Suite 1900
    Chicago, IL 60606
    By: Richard J. Leamy, Jr.

For Defendants Hammerli Ltd., a.k.a. Hammerli GmbH; Sigarms Inc.; SIG/Sauer:

    Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
    150 East 42nd St.
    New York, NY 10017
    By: Robert L. Joyce

For Defendant Navy Arms Company, Inc.:

    Post, Polak, Goodsell & McNeill
    75 Livingston Ave.
    Roseland, NJ 07068-3708
    By: Frederick B. Polak

For Defendant North American Arms:

    Beckman and Associates
    Two Penn Center Plaza, Suite 910
    Philadelphia, PA 19102
    By: Bradley T. Beckman

For Defendant Phoenix Arms, Inc.:

        Tarics & Carrington, PC
        5005 Riverway, Suite 500
        Houston, TX 77056
        By: Michael J. Zomcik, Michael Branisa

For Defendant Smith & Wesson Corp.:

        Shook, Hardy & Bacon LLP
        One Kansas City Place
        1200 Main St.
        Kansas City, MO 64105
        By: Gary R. Long, Jeffrey S. Nelson

        Greenberg & Traurig
        Met Life Building
        200 Park Avenue
        New York, NY 10166
        By: Alan Mansfield, Joel M. Cohen

For Defendant Sturm, Ruger & Co., Inc.:

        Wildman, Harrold, Allen & Dixon
        225 West Wacker Drive, Suite 2800
        Chicago, IL 60606-1229
        By: James P. Dorr

For Observer Attorney General of the State of New York:

        Eliot Spitzer, Attorney General
        120 Broadway
        New York, NY
        By: Peter B. Pope, Hilary Weisman

For Observer Corporation Counsel of the City of New York:

        Michael Cardozo, Corporation Counsel
        100 Church St.
        New York, NY 10007
        By: Eric Proshansky

For Observer Attorney General of the United States:

United States Attorney's Office
Eastern District of New York
One Pierrepont Plaza, 14th Fl.
Brooklyn, NY 11201
By: F. Franklin Amanat, Vincent Lipari

JACK B. WEINSTEIN, Senior District Judge:

Motions in limine were heard on Monday, May 5, 2003, at 8:30 a.m. The following rulings were made for the reasons stated orally on the record at the hearing.

1. <u>Plaintiff's Expert Witness Lucy Allen</u>

Defendants' motion to preclude the rebuttal testimony of plaintiff's expert witness Lucy Allen is denied. Ms. Allen will produce any new computer codes or programs, calculations, or other statistical analysis that she will rely on in her testimony to defendants. Defendants may have a brief continuance to look at those materials if necessary.

Defendants' renewed motion to strike the testimony of Ms. Allen is denied. Ms. Allen's technical and other specialized knowledge will assist the trier of fact to understand the evidence and determine the facts. She is qualified as an expert by her knowledge, training, skill, experience, education, and other work done in her professional career. Her testimony was based on sufficient facts and data, and she reliably applied reliable principals and methods to those materials. <u>See</u> Fed. R. Evid. 702.

-6-

Disagreement with defendants' experts does not diminish Ms. Allen's qualifications to testify as an expert witness in this matter. There may be multiple disagreements between the experts on either side and among the experts on each side, but all of the experts are distinguished professionals and have done a thorough and commendable job in attempting to analyze difficult data, sometimes for the first time that the data has been available for analysis by experts of any kind. As this court has held in prior in limine evidentiary rulings, the experts for both sides are in compliance with Federal Rule of Evidence 702 and Daubert, and the bases for their opinions satisfy Federal Rule of Evidence 703.

2.  Plaintiff's Expert Dr. Jeffrey Fagan

Defendants' motion to preclude rebuttal testimony from plaintiff's expert witness Dr. Jeffrey Fagan is denied. Defendants may question Dr. Fagan at 9:00 in the next courtroom concerning his opinion as a criminologist on the suitability and reliability of the trace database as a source of data for statistical analysis.

3.  Other Evidentiary Matters

Defendants' group exhibit 70, a series of materials sent to dealers as a part of the Don't Lie for the Other Guy program, is admitted. Defendants' exhibit 1000, the transcript of the deposition testimony shown during defendants' case of the NAACP's Federal Rule of Civil Procedure 30(b)(6) witness Mildred Roxborough, is admitted for the purposes of the court and

the record for appeal.

All parties may select documents in evidence to place in the juror's notebooks so long as the number and volume of exhibits in the notebooks does not become unduly burdensome.

Parties may, if necessary, reopen the case for the admission of additional pieces of evidence on Tuesday, May 6, 2003 or Wednesday, May 7, 2003. If the parties do not reach agreement on Fabbrica d'Armi Pietro Beretta S.p.A.'s objections to document requests offered by plaintiff or on plaintiff's objections to the admission of certain documents used during the testimony of Dr Wecker, they may be heard on those matters.

The plaintiff's and the defendants' proposed jury instructions, the court's proposed charge, and the letter from the Attorney General of the State of New York regarding the burden of proof in a public nuisance case under New York law will be considered at the charging conference to be held at the close of plaintiff's rebuttal case. Plaintiff and defendants will each submit a brief paragraph summary of their contentions to be placed in the jury charge. Individual defendants may also submit brief statements to be included if necessary.

Any motions for judgment or other new motions filed will be heard at the time of the charging conference.

SO ORDERED.

Jack B. Weinstein
Senior District Judge

Dated: May 7, 2003
       Brooklyn, N.Y.